| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| M. Jonathan Hayes (Bar No. 90388)<br>Matthew D. Resnik (Bar No. 182562)<br>Roksana D. Moradi (Bar No. 266572)<br>SIMON RESNIK HAYES LLP<br>15233 Ventura Blvd., Suite 250<br>Sherman Oaks, CA 91403<br>Telephone: (818) 783-6251<br>Facsimile: (818) 827-4919<br>jhayes@SRHLawFirm.com<br>matthew@SRHLawFirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>SAMUEL JAMES ESWORTHY<br><br><br><br><br><br><br>Debtor(s). | CASE NO.:   1:16-bk-11985-MT<br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>☒ No hearing: LBR 9013-1(q)<br>☐ Hearing information<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
|---|---|

1. <u>Bar Date</u>.  The court has set a deadline of (*date*) November 15, 2016 (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate.  ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012      ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☒ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. <u>Form</u>.  You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. <u>Exceptions to the Bar Date</u>.  Exceptions to the Bar Date include, but are not limited to, the following:

   (a) <u>Executory contracts/unexpired leases</u>.  For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease.  *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    Page 1                                           **F 3003-1.NOTICE.BARDATE**

(b) <u>Governmental units</u>. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on (*date*) 07/08/2016, and therefore calculates that this deadline is (*date*) 01/08/2017). *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) <u>Avoidance</u>. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

(d) <u>Agreed claims</u>. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims</u>. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim.*  **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*. Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) <u>and</u> 503(b)(9)**.

5. <u>Interest Holders</u>. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: 09/12/2016

By: /s/ M. Jonathan Hayes
Signature of Debtor, chapter 11 trustee, or their attorney

Name: M. Jonathan Hayes
Printed name of Debtor, chapter 11 trustee, or their attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                            Page 2                                            F 3003-1.NOTICE.BARDATE

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
15233 Ventura Blvd., Suite 250, Sherman Oaks, CA 91403.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN CHAPTER 11 CASE [LBR 3003-1]**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 12, 2016 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Katherine Bunker    kate.bunker@usdoj.gov**
- **M Jonathan Hayes    jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com; maria@srhlawfirm.com;jhayesecf@gmail.com**
- **Kelly M Raftery    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com**
- **Cassandra J Richey    cmartin@pralc.com**
- **Brett P Ryan    bknotice@rcolegal.com**
- **Edward A Treder    cdcaecf@bdfgroup.com**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) September 12, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Maureen A. Tighe
US Bankruptcy Court
Central District – Valley Branch
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367

Jim Esworthy
8526 Kester Ave.
Panorama City, CA 91402

| | |
|---|---|
| ALL CREDITORS: | Bankruptcy Group MIC 92E |
| | Po Box 826880 |
| Franchise Tax Board | Sacramento, CA 94280 |
| Bankruptcy Section MS: A-340 | |
| PO Box 2952 | State Board of Equalization |
| Sacramento, CA 95812 | Account Information Group, MIC: 29 |
| | P.O. Box 942879 |
| Internal Revenue Service | Sacramento, CA 94279-0029 |
| PO Box 7346 | |
| Philadelphia, PA 19101 | U. S. Securities and Exchange Commission |
| | Attn: Bankruptcy Counsel |
| Employment Development Dept. | 444 South Flower Street, Suite 900 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                                                                                    Page 1

Los Angeles, CA 90071-9591

Attorney General
United States Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, DC 20044

Civil Process Clerk
United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

Bank of America
P.O. Box 515503
Los Angeles, CA 90051

Bank of New York Mellon
c/o Bank of America
PO Box 660933
Dallas, TX 75266-0933

Caine & Weiner
Po Box 5010
Woodland Hills, CA 91365

Chase
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850

Discover Financial
Po Box 3025
New Albany, OH 43054

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Nationstar Mortgage LLC
PO BOX 619079
Dallas, TX 75261

NDEx West LLC
15000 Surveyor Blvd., Ste 500
Addison, TX 75001-9013

Recontrust Company
1800 Tapo Canyon Rd.
CA6-914-01-94

Simi Valley, CA 93063

Select Portfolio Servicing, Inc
Po Box 65250
Salt Lake City, UT 84165

Trustee Corps
17100 Gillette Ave.
Irvine, CA 92614

Wells Fargo Bank, N.A.
BK Dept MAC #T7416-023
4101 Wiseman Blvd.
San Antonio, TX 78251

Wells Fargo Bank
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan , MN 55121-7700


REMOVED CREDITORS/RETURNED MAIL:

~~Nationstar Mortgage LLC~~
~~350 Highland Drive~~
~~Lewisville, TX 75067~~

~~Bank of New York Mellon~~
~~Richard J. Bauer, Esq.~~
~~Miles, Bauer, Bergstrom & Winters~~
~~1231 E. Dyer Rd., Suite 100~~
~~Santa Ana, CA 92705~~

~~The Feldman Law Firm~~
~~10100 Santa Monica Blvd., #2490~~
~~Los Angeles, CA 90067~~

~~Dell Financial Services~~
~~P.O. Box 4125~~
~~Carol Stream, IL 60197~~

~~Regional Trustee Services Corp.~~
~~616 1st Avenue, Suite 500~~
~~Seattle, WA 98104~~

~~Regional Trustee Services Corp.~~
~~3613 N. 29th Ave.~~
~~Hollywood, FL 33020~~

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*February  2013*                                                    Page 2

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  9/12/2016  , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 12, 2016 | Ja'Nita Fisher | /s/ Ja'Nita Fisher |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*February  2013*    Page 3