CHRISTOPHER M. MCDERMOTT (SBN 253411)
cmcdermott@aldrigepite.com
TODD S. GARAN (CA SBN 236878)
tgaran@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Dr., Ste. 200
P.O. Box 19734
San Diego, CA 92177-9734
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Secured Creditor:
PROF-2013-S3 Legal Title Trust IV
by U.S. Bank National Association, as Legal Title Trustee
(as successor in interest to Wells Fargo Bank, N.A.)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA –SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>SAMUEL JAMES ESWORTHY,<br><br>    Debtor and Debtor in Possession. | Case No. 1:16-bk-11985-MT<br><br>Chapter 11<br><br>**STIPULATION FOR CONTINUANCE OF HEARING ON DEBTOR'S MOTION TO VALUE COLLATERAL**<br><br>**Subject Property**<br>16442 Inyo Street<br>La Puente, CA 91744<br><br>**Hearing**:<br>Date:    March 1, 2017<br>Time:   9:30 a.m.<br>Rm:    302<br>         21041 Burbank Blvd.<br>         Woodland Hills, CA 91364<br>Judge:  Hon. Maureen Tighe |

On or about January 16, 2017, Debtor, Samuel James Esworthy ("**Debtor**") with filed a Motion to Value Collateral ("**Motion**") the real property located at 16442 Inyo Street, La Puente, CA 91744 ("**Subject Property**"). *See, Docket Number 93.*

On February 15, 2017, Secured Creditor as to the first position Deed of Trust encumbering the Subject Property, PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as

Legal Title Trustee (as successor in interest to Wells Fargo Bank, N.A.); Fay Servicing, LLC. as servicer ("**Creditor**"), filed an Opposition to Debtor's Motion to Value the Subject Property. *See, Docket Number 116.*

Counsel for Creditor and Debtor have agreed to a continuance of the hearing on Debtor's Motion so that Creditor may obtain its own appraisal report for the Subject Property.

As such, Creditor, by and through its counsel of record, Aldridge Pite, LLP, and Debtor, by and through his counsel of record, Simon Resnik Hayes, LLP, in the within matter, hereby stipulate to the following:

**IT IS SO STIPULATED:**

1. The parties have agreed to a continuance of the hearing on Debtor's Motion currently set for March 1, 2017, at 9:30 a.m. in the above entitled Court to April 5, 2017 at 9:30 a.m. at Court Room, 302, 21041 Burbank Blvd., Woodland Hills, CA 91367, in the above entitled Court.

2. Creditor shall file its supporting appraisal report with the Court and serve a copy thereof on all interested parties on or before March 22, 2017.

Dated: 2/27, 2017        SIMON RESNIK HAYES, LLP

By: _____
M. Jonathan Hayes
Attorney for Debtor

Dated: 2/27/, 2017        ALDRIDGE PITE, LLP

By: _____
Todd S. Garan
Attorneys for Creditor