| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>M. Jonathan Hayes (Bar No. 90388)<br>Of Counsel<br>**SIMON RESNIK HAYES LLP**<br>15233 Ventura Blvd., Suite 250<br>Sherman Oaks, CA 91403<br>Telephone:  (818) 783-6251<br>Facsimile:  (818) 824-4919<br>jhayes@SRHLawFirm.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Debtor | FOR COURT USE ONLY |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SAN FERNANDO VALLEY</u> DIVISION**

</div>

| In re:<br><br><div align="center">SAMUEL JAMES ESWORTHY,</div><br><br><div align="right">Debtor(s)</div> | CASE NO.: 1:16-bk-11985-MT<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1]): NOTICE OF MOTION AND MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL[11 U.S.C. §506(a), FRBP 3012]:(16920 Maclaren Street, La Puente, CA 91744)* |
|---|---|

PLEASE TAKE NOTE that the Order titled ***ORDER GRANTING DEBTOR'S MOTION TO VALUE REAL PROPERTY (16920 MACLAREN STREET, LA PUENTE, CA 91744)*** was lodged on (*date*) <u>5/11/2017</u> and is attached.  This Order relates to the pleading which is Docket Number **94.**

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

M. Jonathan Hayes (Bar No. 90388)
Of Counsel
**SIMON RESNIK HAYES LLP**
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403
**Telephone:** (818) 783-6251
**Facsimile:** (818) 827-4919
jhayes@SRHLawFirm.com

*Attorneys for Debtor*
Samuel James Esworthy

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No. 1:16-bk-11985-MT |
| | ) |
| | ) Chapter 11 |
| SAMUEL JAMES ESWORTHY, | ) |
| | ) **ORDER GRANTING DEBTOR'S** |
| | ) **MOTION TO VALUE REAL** |
| Debtor and Debtor-in-Possession. | ) **PROPERTY** |
| | ) |
| | ) **16920 Maclaren Street,** |
| | ) **La Puente, CA 91744** |
| | ) |
| | ) |
| | ) Date:   April 26, 2017 |
| | ) Time:  9:30 a.m. |
| | ) Place:  Courtroom 302 |
| | )         21041 Burbank Blvd. |
| | )         Woodland Hills, CA 91367 |
| | ) |

A hearing took place at the above time and place to consider Samuel James Esworthy's (the "Debtor") Motion to Value Real Property located at 16920 Maclaren Street, La Puente, CA 91744, APN No.: 8263-022-032, Tract #18776, Lot 24; Los Angeles County (Docket No. 94).   After consideration of the Debtor's Motion and the Objection of Wells Fargo Bank, N.A., and after colloquy between counsel and the Court at the hearing,

1

ORDER RE MOTION TO VALUE – MACLAREN

and for the reasons stated by the Court on the record, and good cause

appearing,

      IT IS ORDERED that:

1.     The Motion to Value is granted.

2.     The value of the real property located at 16920 Maclaren Street, La Puente, CA 91744, APN No.: 8263-022-032  , Tract #18776, Lot 24; Los Angeles County is $225,000 for Plan purposes.

###

2

ORDER RE MOTION TO VALUE – MACLAREN

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**15233 Ventura Blvd., Suite 250, Sherman Oaks, CA 91403.**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **5/11/2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Katherine Bunker    kate.bunker@usdoj.gov**
- **Oscar Estrada    oestrada@ttc.lacounty.gov**
- **Dane W Exnowski    dane.exnowski@buckleymadole.com, cabk@BuckleyMadole.com**
- **Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com**
- **M Jonathan Hayes    jhayes@srhlawfirm.com,**
  **roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;**
  **maria@srhlawfirm.com;jhayesecf@gmail.com**
- **John Rafferty    john.rafferty@buckleymadole.com**
- **Kelly M Raftery    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com**
- **Cassandra J Richey    cmartin@pralc.com, ecfcca@ecf.courtdrive.com**
- **Brett P Ryan    ziggy.valerio@unifyfcu.com**
- **Diana Torres-Brito    dtorres-brito@pralc.com, cmartin@pralc.com;ecfcca@ecf.courtdrive.com**
- **Edward A Treder    cdcaecf@bdfgroup.com**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**
- **Melissa A Vermillion    cmartin@pralc.com, ecfcca@ecf.courtdrive.com**
- **Jennifer C Wong    bknotice@mccarthyholthus.com**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **5/11/2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Maureen A. Tighe
US Bankruptcy Court
Central District – Valley Branch
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367

Jim Esworthy
8526 Kester Ave.
Panorama City, CA 91402

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **5/11/2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed. ☐Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/11/2017 | Ja'Nita Fisher | /s/ Ja'Nita Fisher |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.