UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Samuel James Esworthy<br><br>Debtor(s). | CHAPTER 11 (BUSINESS) |  |
|---|---|---|
|  | Case Number: | 1:16-bk-11985-MT |
|  | Operating Report Number: | 15 |
|  | For the Month Ending: | 9/30/2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. GENERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     154,987.79

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     148,037.27

3. BEGINNING BALANCE:     6,950.52

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Accounts Receivable - Post-filing | 0.00 |
| Social Security Income | 2,192.24 |
| Work Income | 0.00 |
| Transfer to Millbury CC Account (xxxxxx8089) | 0.00 |
| Transfer to Ben CC Account (xxxxxx8071) | 0.00 |
| Insurance Refund | 0.00 |
| Interest | 0.00 |

TOTAL RECEIPTS THIS PERIOD:     2,192.24

5. BALANCE:     9,142.76

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 3,889.43 |

TOTAL DISBURSEMENTS THIS PERIOD:***     3,889.43

7. ENDING BALANCE:     5,253.33

8. General DIP Account Number:     xxxxxx8188

| Depository Name & Location: | Wells Fargo Bank, N.A. |
|---|---|
|  | P.O. Box 6995 |
|  | Portland, OR  97228-6995 |

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ord      ness; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 9/11/2017 | 145 | Debbie Tyrell | Bookkeeping | | 307.00 | 307.00 |
| 9/5/2017 | EFT | American Modern | Insurance Expense | | 63.15 | 63.15 |
| 9/5/2017 | EFT | American Modern | Insurance Expense | | 70.79 | 70.79 |
| 9/5/2017 | EFT | American Modern | Insurance Expense | | 75.08 | 75.08 |
| 9/5/2017 | EFT | American Modern | Insurance Expense | | 96.21 | 96.21 |
| 9/5/2017 | EFT | Amazon Video | Entertainment | | 1.99 | 1.99 |
| 9/5/2017 | EFT | Amazon Video | Entertainment | | 6.99 | 6.99 |
| 9/5/2017 | EFT | Home Depot | Repair & Maintenance:  Supplies | | 46.91 | 46.91 |
| 9/6/2017 | EFT | 99 Cents Only | Groceries | | 13.73 | 13.73 |
| 9/7/2017 | EFT | Frontier Cmmnctns | Utilities | | 94.83 | 94.83 |
| 9/7/2017 | EFT | USPS | Postage | | 23.95 | 23.95 |
| 9/7/2017 | EFT | Costco | Groceries & Household Supplies | | 153.36 | 153.36 |
| 9/1/2017 | EFT | Turbotax | Income Tax Expense | | 32.78 | 32.78 |
| 9/1/2017 | EFT | Parking Concepts | Parking Fee | | 3.00 | 3.00 |
| 9/1/2017 | Cash | Precision Door Srvs | Repair & Maint:  Garage Doors | | 1,500.00 | 1,500.00 |
| 9/13/2017 | EFT | 99 Cents Only | Groceries | | 19.34 | 19.34 |
| 9/14/2017 | EFT | LA DWP | Utilities | | 600.00 | 600.00 |
| 9/18/2017 | EFT | Amazon Video | Entertainment | | 9.99 | 9.99 |
| 9/18/2017 | EFT | 76 | Gas | | 88.83 | 88.83 |
| 9/18/2017 | EFT | Paypal | Household Supplies | | 15.17 | 15.17 |
| 9/19/2017 | EFT | Amazon Marketplace | Household Supplies | | 9.94 | 9.94 |
| 9/19/2017 | EFT | La Puente Valley | Utilities | | 37.19 | 37.19 |
| 9/20/2017 | EFT | Amazon Marketplace | Household Supplies | | 98.52 | 98.52 |
| 9/20/2017 | EFT | Verizon Wireless | Utilities | | 133.73 | 133.73 |
| 9/20/2017 | EFT | Vonage | Utilities | | 72.35 | 72.35 |
| 9/20/2017 | EFT | 99 Cents Only | Groceries | | 19.19 | 19.19 |
| 9/20/2017 | EFT | Costco | Groceries & Household Supplies | | 132.86 | 132.86 |
| 9/22/2017 | EFT | Crscr.com | Subscription | | 29.95 | 29.95 |
| 9/22/2017 | EFT | SM City Parking | Parking Fee | | 4.00 | 4.00 |
| 9/22/2017 | EFT | Netflix | Entertainment | | 9.99 | 9.99 |
| 9/25/2017 | EFT | Amazon Video | Entertainment | | 9.99 | 9.99 |
| 9/27/2017 | EFT | CVS Pharmacy | Prescription | | 27.68 | 27.68 |
| 9/27/2017 | EFT | CVS Pharmacy | Prescription | | 6.29 | 6.29 |
| 9/28/2017 | EFT | Paypal | Household Supplies | | 24.02 | 24.02 |
| 9/29/2017 | EFT | Fedex Office | IRS Documents | | 33.24 | 33.24 |
| 9/29/2017 | EFT | Fedex Office | IRS Documents | | 17.39 | 17.39 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 3,889.43 | $3,889.43 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL OPERATING ACCOUNT

## BANK RECONCILIATION

Bank statement Date: _____9/30/2017_____ Balance on Statement: _____$5,253.33

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

TOTAL DEPOSITS IN TRANSIT | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL OUTSTANDING CHECKS: | 0.00 |

Bank statement Adjustments: _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $5,253.33 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 15 |
| Debtor(s). | For the Month Ending: | 9/30/2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. BEN CASH COLLATERAL DIP ACCOUNT

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 23,100.53 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 32,545.81 |
| 3. BEGINNING BALANCE: | | (9,445.28) |
| 4. RECEIPTS DURING CURRENT PERIOD: | | |
| Rent | 3,350.00 | |
| Transfer In From General DIP (xxxxxx8188) | 0.00 | |
| Interest | 0.04 | |
| TOTAL RECEIPTS THIS PERIOD: | | 3,350.04 |
| 5. BALANCE: | | (6,095.24) |
| 6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | | |
| Transfers to Other DIP Accounts (from page 2) | 0.00 | |
| Disbursements (from page 2) | 1,450.00 | |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | | 1,450.00 |
| 7. ** ENDING BALANCE: | | (7,545.24) |

8. Ben Cash Collateral DIP Account Number:   xxxxxx8071

Depository Name & Location:   Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR  97228-6995

**Please See Explanation on the Questionnaire (Page 55 )

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 9/15/2017 | 118 | Nationstar | Mortgage | | 1,450.00 | 1,450.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 1,450.00 | $1,450.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

BEN CASH COLLATERAL DRA ACOUNT

## BANK RECONCILIATION

| Bank statement Date: | 9/30/2017 | Balance on Statement: | $6,954.76 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 104 | 10/1/2016 | 1,450.00 |
| 105 | 11/15/2016 | 1,450.00 |
| 110 | 2/15/2017 | 1,450.00 |
| 111 | 3/15/2017 | 1,450.00 |
| 112 | 4/15/2017 | 1,450.00 |
| 114 | 5/15/2017 | 1,450.00 |
| 115 | 6/15/2017 | 1,450.00 |
| 116 | 7/15/2017 | 1,450.00 |
| 117 | 8/15/2017 | 1,450.00 |
| 118 | 9/15/2017 | 1,450.00 |

| TOTAL OUTSTANDING CHECKS: | | | 14,500.00 |

Bank statement Adjustments:

Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | | | -$7,545.24 |

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) |
|---|---|
| Samuel James Esworthy | |
| | Case Number:  1:16-bk-11985-MT |
| | Operating Report Number:  15 |
| Debtor(s). | For the Month Ending:  9/30/2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. DELANO CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          37,960.12

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS          39,822.07

3. BEGINNING BALANCE:          (1,861.95)

4. RECEIPTS DURING CURRENT PERIOD:
Rent                                                                              0.00
Transfer In From General DIP (xxxxxx8188)                      0.00
Interest                                                                         0.00

TOTAL RECEIPTS THIS PERIOD:          0.00

5. BALANCE:          (1,861.95)

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)          0.00
Disbursements (from page 2)          2,473.44

TOTAL DISBURSEMENTS THIS PERIOD:***          2,473.44

7. **ENDING BALANCE:          (4,335.39)

8. Delano Cash Collateral DIP Account Number:          xxxxxx8105

| Depository Name & Location: | Wells Fargo Bank, N.A. |
| | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

## **Please See Explanation on the Questionnaire (Page 55 )

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM PLEDGED CASH COLLATERAL BIA ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 9/15/2017 | 118 | Select Portfolio | Mortgage | | 2,473.44 | 2,473.44 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 2,473.44 | $2,473.44 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

DELANO ... CASH COLLATERAL ... ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 9/30/2017 | Balance on Statement: | $611.49 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| 117 | 8/15/2017 | 2,473.44 | |
| 118 | 9/15/2017 | 2,473.44 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL OUTSTANDING CHECKS: | | | 4,946.88 |
|---|---|---|---|

Bank statement Adjustments:
Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | -$4,335.39 |
|---|---|

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 15 |
| Debtor(s). | For the Month Ending: | 9/30/2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. INYO CASH COLLATERAL DIP ACCOUNT

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 18,052.05 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 19,787.92 |
| 3. BEGINNING BALANCE: | | (1,735.87) |

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Rent | 0.00 |
| Transfers In From General DIP (xxxxxx8188) | 0.00 |
| **Other (Specify) | 0.04 |

TOTAL RECEIPTS THIS PERIOD:  0.04

5. BALANCE:  (1,735.83)

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 937.00 |

TOTAL DISBURSEMENTS THIS PERIOD:***  937.00

7. ** ENDING BALANCE:  (2,672.83)

**Please See Explanation on the Questionnaire (Page 55 )

8. Inyo Cash Collateral DIP Account Number:  xxxxxx8055

Depository Name & Location:
Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR  97228-6995

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

CASH DISBURSEMENTS FROM DIP CASH COLLATERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 9/15/2017 | 118 | Wells Fargo | Mortgage | | 937.00 | 937.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 937.00 | $937.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

INYO CASH COLLATERAL DIP ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 9/30/2017 | Balance on Statement: | $3,886.17 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |

TOTAL DEPOSITS IN TRANSIT

0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 110 | 2/15/2017 | 937.00 |
| 112 | 4/15/2017 | 937.00 |
| 114 | 5/15/2017 | 937.00 |
| 115 | 6/15/2017 | 937.00 |
| 116 | 7/15/2017 | 937.00 |
| 117 | 8/15/2017 | 937.00 |
| 118 | 9/15/2017 | 937.00 |

TOTAL OUTSTANDING CHECKS:

6,559.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:

-$2,672.83

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | | |
| | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 15 |
| Debtor(s). | For the Month Ending: | 9/30/2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. MACLAREN CASH COLLATERAL DIP ACCOUNT

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 14,902.02 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 15,621.49 |
| 3. BEGINNING BALANCE: | | (719.47) |

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| General Sales | 0.00 | |
| Transfer In From General DIP (xxxxxx8188) | 0.00 | |
| Interest | 0.00 | |
| TOTAL RECEIPTS THIS PERIOD: | | 0.00 |

| | |
|---|---|
| 5. BALANCE: | (719.47) |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 | |
| Disbursements (from page 2) | 937.00 | |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | | 937.00 |

| | |
|---|---|
| 7. ** ENDING BALANCE: | (1,656.47) |

| | |
|---|---|
| 8. Maclaren Cash Collateral DIP Account Number: | xxxxxx8063 |
| | Wells Fargo Bank, N.A. |
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR  97228-6995 |

**\*\*Please See Explanation on the Questionnaire (Page 55 )**

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM MAIN/MERGED CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 8/15/2017 | 118 | Wells Fargo | Mortgage | | 937.00 | 937.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 937.00 | $937.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

MACLAREN CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 9/30/2017 | Balance on Statement: | $217.53 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 117 | 8/15/2017 | 937.00 |
| 118 | 9/15/2017 | 937.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL OUTSTANDING CHECKS: | | | 1,874.00 |
|---|---|---|---|

Bank statement Adjustments: _____
Explanation of Adjustments-

| | |
|---|---|

| ADJUSTED BANK BALANCE: | | | -$1,656.47 |
|---|---|---|---|

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF THE JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 15 |
| Debtor(s). | For the Month Ending: | 9/30/2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. MILLBURY CASH COLLATERAL DIP ACCOUNT

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 16,300.35 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 20,334.59 |
| 3. BEGINNING BALANCE: | | (4,034.24) |

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Rent | 2,250.00 | |
| Transfer In From Renault CC DIP (xxxxxx8048) | 750.00 | |
| Interest | 0.05 | |
| TOTAL RECEIPTS THIS PERIOD: | | 3,000.05 |

| | | |
|---|---|---|
| 5. BALANCE: | | (1,034.19) |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 | |
| Disbursements (from page 2) | 1,190.00 | |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | | 1,190.00 |

| | | |
|---|---|---|
| 7. ** ENDING BALANCE: | | (2,224.19) |

| | |
|---|---|
| 8. Millbury Cash Collateral DIP Account Number: | xxxxxx8089 |
| | Wells Fargo Bank, N.A. |
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR  97228-6995 |

**\*\*Please See Explanation on the Questionnaire (Page 55 )**

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM MONTHLY CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 9/15/2017 | 119 | Nationstar | Mortgage | | 1,190.00 | 1,190.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 1,190.00 | $1,190.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

MILLBURN SSI COLLATERAL DEBT ACCOUNT
BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 9/30/2017 | Balance on Statement: | $7,295.81 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 110 | 2/15/2017 | 1,190.00 |
| 111 | 3/15/2017 | 1,190.00 |
| 112 | 4/15/2017 | 1,190.00 |
| 115 | 5/15/2017 | 1,190.00 |
| 116 | 6/15/2017 | 1,190.00 |
| 117 | 7/15/2017 | 1,190.00 |
| 118 | 8/15/2017 | 1,190.00 |
| 119 | 9/15/2017 | 1,190.00 |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                    9,520.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                    -$2,224.19

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) |  |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
|  | Operating Report Number: | 15 |
| Debtor(s). | For the Month Ending: | 9/30/2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. RENAULT CASH COLLATERAL DIP ACCOUNT

| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 25,046.24 |
|---|---|

| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 25,283.16 |
|---|---|

| 3. BEGINNING BALANCE: | (236.92) |
|---|---|

4. RECEIPTS DURING CURRENT PERIOD:

| Rent | 2,475.00 |
|---|---|
| Transfer In From General DIP (xxxxxx8188) | 0.00 |
| Interest | 0.02 |

| TOTAL RECEIPTS THIS PERIOD: | 2,475.02 |
|---|---|

| 5. BALANCE: | 2,238.10 |
|---|---|

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| Transfers to Other DIP Accounts (from page 2) | 750.00 |
|---|---|
| Disbursements (from page 2) | 1,483.00 |

| TOTAL DISBURSEMENTS THIS PERIOD:*** | 2,233.00 |
|---|---|

| 7. ** ENDING BALANCE: | 5.10 |
|---|---|

8. Renault Cash Collateral DIP Account Number: xxxxxx8048

| Depository Name & Location: | Wells Fargo Bank, N.A. |
|---|---|
|  | P.O. Box 6995 |
|  | Portland, OR 97228-6995 |

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM RENTAL CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 9/15/2017 | 118 | Wells Fargo | Mortgage | | 1,483.00 | 1,483.00 |
| 9/28/2017 | EFT | xxxxxx8089 | Transfer for Millbury CC DIP | 750.00 | | 750.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 750.00 | 1,483.00 | $2,233.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

RENAULT CASH COLLATERAL DIP ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 9/30/2017 | Balance on Statement: | $2,971.10 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL DEPOSITS IN TRANSIT

| | 0.00 |
|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 117 | 8/15/2017 | 1,483.00 |
| 118 | 9/15/2017 | 1,483.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:  | 2,966.00 |

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:  | $5.10 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF THE JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 15 |
| Debtor(s). | For the Month Ending: | 9/30/2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. WEIDNER CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 17,058.05

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 18,150.63

3. BEGINNING BALANCE: — (1,092.58)

4. RECEIPTS DURING CURRENT PERIOD:
   Rent — 0.00
   Transfer In From General DIP (xxxxxx8188) — 0.00
   Interest — 0.01

   TOTAL RECEIPTS THIS PERIOD: — 0.01

5. BALANCE: — (1,092.57)

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2) — 0.00
   Disbursements (from page 2) — 1,354.00

   TOTAL DISBURSEMENTS THIS PERIOD:*** — 1,354.00

7. ** ENDING BALANCE: — (2,446.57)

8. Weidner Cash Collateral DIP Account Number:    xxxxxx8097

   Depository Name & Location:
   Wells Fargo Bank, N.A.
   P.O. Box 6995
   Portland, OR  97228-6995

**Please See Explanation on the Questionnaire (Page 55 )**

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM THE DIP CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 9/15/2017 | 118 | Wells Fargo | Mortgage | | 1,354.00 | 1,354.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 1,354.00 | $1,354.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

WEIDNER CASH COLLATERAL OPERATING ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 9/30/2017 | Balance on Statement: | $1,615.43 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 116 | 7/15/2017 | 1,354.00 |
| 117 | 8/15/2017 | 1,354.00 |
| 118 | 9/15/2017 | 1,354.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL OUTSTANDING CHECKS: | | 4,062.00 |
|---|---|---|

Bank statement Adjustments:
Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | -$2,446.57 |
|---|---|

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment