UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 18 |
| Debtor(s). | For the Month Ending: | 12/31/2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. GENERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          161,564.14

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          157,745.11
ACCOUNT REPORTS

3. BEGINNING BALANCE:          3,819.03

4. RECEIPTS DURING CURRENT PERIOD:
| | |
|---|---|
| Accounts Receivable - Post-filing | 0.00 |
| Social Security Income | 2,192.00 |
| Work Income | 8,939.96 |
| Transfer From Millbury CC DIP (xxxxxx8089) | 1,500.00 |
| Transfer From Ben CC DIP (xxxxxx8071) | 1,000.00 |
| Transfer From Renault CC DIP (xxxxxx8048) | 1,000.00 |
| Purchase Return | 9.99 |
| Interest | 0.25 |

   TOTAL RECEIPTS THIS PERIOD:          14,642.20

5. BALANCE:          18,461.23

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 1,109.99 |
| Disbursements (from page 2) | 3,859.67 |

   TOTAL DISBURSEMENTS THIS PERIOD:***          4,969.66

7. ENDING BALANCE:          13,491.57

8. General DIP Account Number:          xxxxxx8188
                                        Wells Fargo Bank, N.A.
   Depository Name & Location:          P.O. Box 6995
                                        Portland, OR 97228-6995

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 12/14/2017 | 148 | Debbie Tyrell | Bookkeeping | | 285.00 | 285.00 |
| 12/14/2017 | 197 | LA Co Tax Collector | Property Taxes | | 1,100.88 | 1,100.88 |
| 12/1/2017 | EFT | LA Convention Ctr | Parking Fee | | 25.00 | 25.00 |
| 12/4/2017 | EFT | LA Convention Ctr | Parking Fee | | 25.00 | 25.00 |
| 12/4/2017 | EFT | Yard House | Dining | | 46.46 | 46.46 |
| 12/4/2017 | EFT | LA Convention Ctr | Parking Fee | | 25.00 | 25.00 |
| 12/4/2017 | EFT | American Modern | Insurance Expense | | 63.13 | 63.13 |
| 12/4/2017 | EFT | American Modern | Insurance Expense | | 70.75 | 70.75 |
| 12/4/2017 | EFT | American Modern | Insurance Expense | | 75.04 | 75.04 |
| 12/4/2017 | EFT | American Modern | Insurance Expense | | 96.20 | 96.20 |
| 12/4/2017 | EFT | Amazon Video | Entertainment | | 14.99 | 14.99 |
| 12/4/2017 | EFT | Amazon Video | Entertainment | | 6.99 | 6.99 |
| 12/4/2017 | EFT | 76 | Gas | | 95.00 | 95.00 |
| 12/4/2017 | EFT | Food 4 Less | Groceries | | 28.36 | 28.36 |
| 12/4/2017 | EFT | Amazon Video | Entertainment | | 19.99 | 19.99 |
| 12/6/2017 | EFT | LA Convention Ctr | Parking Fee | | 25.00 | 25.00 |
| 12/6/2017 | EFT | Costco | Groceries & Household Supplies | | 77.15 | 77.15 |
| 12/7/2017 | EFT | Verizon Wireless | Utilities | | 253.17 | 253.17 |
| 12/11/2017 | EFT | Amazon Video | Entertainment | | 9.99 | 9.99 |
| 12/11/2017 | EFT | So CA Gas | Utilities | | 355.98 | 355.98 |
| 12/12/2017 | EFT | La Puente Valley | Utilities | | 43.19 | 43.19 |
| 12/12/2017 | EFT | LA Convention Ctr | Parking Fee | | 25.00 | 25.00 |
| 12/12/2017 | EFT | xxxxxx8063 | Transfer to Maclaren CC DIP | 500.00 | | 500.00 |
| 12/12/2017 | EFT | xxxxxx8105 | Transfer to Delano CC DIP | 600.00 | | 600.00 |
| 12/13/2017 | EFT | LA Convention Ctr | Parking Fee | | 20.00 | 20.00 |
| 12/14/2017 | EFT | LA Convention Ctr | Parking Fee | | 20.00 | 20.00 |
| 12/15/2017 | EFT | LA Convention Ctr | Parking Fee | | 20.00 | 20.00 |
| 12/15/2017 | EFT | 76 | Gas | | 95.00 | 95.00 |
| 12/15/2017 | EFT | Amazon Video | Entertainment | | 12.99 | 12.99 |
| 12/18/2017 | EFT | LA Convention Ctr | Parking Fee | | 20.00 | 20.00 |
| 12/18/2017 | EFT | 99 Cents Only | Groceries | | 13.79 | 13.79 |
| 12/19/2017 | EFT | LA DWP | Utilities | | 500.00 | 500.00 |
| 12/19/2017 | EFT | Amazon Video | Entertainment | | 19.99 | 19.99 |
| 12/20/2017 | EFT | Vonage | Utilities | | 73.05 | 73.05 |
| 12/20/2017 | EFT | Amazon Video | Entertainment | | 9.99 | 9.99 |
| 12/21/2017 | EFT | American Mail | Postage | | 60.00 | 60.00 |
| 12/21/2017 | EFT | Costco | Groceries & Household Supplies | | 74.21 | 74.21 |
| 12/22/2017 | EFT | xxxxxx8188 | Purchase Was Returned | 9.99 | | 9.99 |
| 12/22/2017 | EFT | FedEx Office | Copies | | 7.97 | 7.97 |
| 12/22/2017 | EFT | FedEx Office | Copies | | 6.54 | 6.54 |
| 12/26/2017 | EFT | Amazon Video | Entertainment | | 9.99 | 9.99 |
| 12/26/2017 | EFT | Amazon Video | Entertainment | | 9.99 | 9.99 |
| 12/26/2017 | EFT | Costco | Groceries | | 13.24 | 13.24 |
| 12/27/2017 | EFT | Turbo Tax | Tax Software | | 32.85 | 32.85 |
| 12/29/2017 | EFT | Turbo Tax | Tax Software | | 32.85 | 32.85 |
| 12/29/2017 | EFT | Winzip | Computer Software | | 39.95 | 39.95 |
| | | | | | | |
| | | | | | | |
| | | | **TOTAL DISBURSEMENTS THIS PERIOD:** | 1,109.99 | 3,859.67 | $4,969.66 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# GENERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _12/31/2017_   Balance on Statement: _$13,491.57_

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT | | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: | | | 0.00

Bank statement Adjustments: _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE: | | | $13,491.57

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| | | |
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 18 |
| Debtor(s). | For the Month Ending: | 12/31/2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. BEN CASH COLLATERAL DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          26,450.69

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          36,895.81
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          (10,445.12)

4.  RECEIPTS DURING CURRENT PERIOD:
Rent          3,350.00
Transfer In From General DIP (xxxxxx8188)          0.00
Interest          0.06

TOTAL RECEIPTS THIS PERIOD:          3,350.06

5.  BALANCE:          (7,095.06)

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)          1,000.00
Disbursements (from page 2)          1,822.22

TOTAL DISBURSEMENTS THIS PERIOD:***          2,822.22

7.  ** ENDING BALANCE:          (9,917.28)

8.  Ben Cash Collateral DIP Account Number:          xxxxxx8071

          Wells Fargo Bank, N.A.
Depository Name & Location:          P.O. Box 6995
          Portland, OR 97228-6995

**\*\*Please See Explanation on the Questionnaire (Page 56)**

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM BEN CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 12/15/2017 | 121 | Nationstar | Mortgage | | 1,450.00 | 1,450.00 |
| 12/15/2017 | 122 | LA Co Tax Collector | Property Taxes | | 372.22 | 372.22 |
| | | | | | | |
| 12/12/2017 | EFT | xxxxxx8188 | Transfer to General DIP | 1,000.00 | | 1,000.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | TOTAL DISBURSEMENTS THIS PERIOD: | 1,000.00 | 1,822.22 | $2,822.22 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# BEN CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 12/31/2017 | Balance on Statement: | $8,932.72 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 104 | 10/1/2016 | 1,450.00 |
| 105 | 11/15/2016 | 1,450.00 |
| 110 | 2/15/2017 | 1,450.00 |
| 111 | 3/15/2017 | 1,450.00 |
| 112 | 4/15/2017 | 1,450.00 |
| 114 | 5/15/2017 | 1,450.00 |
| 115 | 6/15/2017 | 1,450.00 |
| 116 | 7/15/2017 | 1,450.00 |
| 117 | 8/15/2017 | 1,450.00 |
| 118 | 9/15/2017 | 1,450.00 |
| 119 | 10/15/2017 | 1,450.00 |
| 120 | 11/15/2017 | 1,450.00 |
| 121 | 12/15/2017 | 1,450.00 |
| | | |

| TOTAL OUTSTANDING CHECKS: | 18,850.00 |
|---|---|

Bank statement Adjustments:
Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | -$9,917.28 |
|---|---|

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

## UNITED STATES DEPARTMENT OF JUSTICE
## OFFICE OF THE UNITED STATES TRUSTEE
## CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 18 |
| Debtor(s). | For the Month Ending: | 12/31/2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. DELANO CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     37,960.13

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     47,242.39

3. BEGINNING BALANCE:     (9,282.26)

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Rent | 0.00 |
| Transfer In From General DIP (xxxxxx8188) | 600.00 |
| Interest | 0.00 |

    TOTAL RECEIPTS THIS PERIOD:     600.00

5. BALANCE:     (8,682.26)

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 3,403.95 |

    TOTAL DISBURSEMENTS THIS PERIOD:***     3,403.95

7. **ENDING BALANCE:     (12,086.21)

8. Delano Cash Collateral DIP Account Number:     xxxxxx8105

| | |
|---|---|
| | Wells Fargo Bank, N.A. |
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

**Please See Explanation on the Questionnaire (Page 55)

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 12/15/2017 | 121 | Select Portfolio | Mortgage | | 2,473.44 | 2,473.44 |
| 12/15/2017 | 122 | LA Co Tax Collector | Property Taxes | | 930.51 | 930.51 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 3,403.95 | $3,403.95 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# DELANO CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: 12/31/2017    Balance on Statement: $280.99

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 117 | 8/15/2017 | 2,473.44 |
| 118 | 9/15/2017 | 2,473.44 |
| 119 | 10/15/2017 | 2,473.44 |
| 120 | 11/15/2017 | 2,473.44 |
| 121 | 12/15/2017 | 2,473.44 |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:    12,367.20

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    -$12,086.21

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 18 |
| Debtor(s). | For the Month Ending: | 12/31/2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. INYO CASH COLLATERAL DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     18,052.15

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     22,598.92

3.  BEGINNING BALANCE:     (4,546.77)

4.  RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Rent | 0.00 |
| Transfers In From General DIP (xxxxxx8188) | 0.00 |
| Interest | 0.03 |

    TOTAL RECEIPTS THIS PERIOD:     0.03

5.  BALANCE:     (4,546.74)

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 1,451.45 |

    TOTAL DISBURSEMENTS THIS PERIOD:***     1,451.45

7.  ** ENDING BALANCE:     (5,998.19)

    **Please See Explanation on the Questionnaire (Page 56)

8.  Inyo Cash Collateral DIP Account Number:     xxxxxx8055

    Depository Name & Location:
    Wells Fargo Bank, N.A.
    P.O. Box 6995
    Portland, OR 97228-6995

---

\*   All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM INYO CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 12/15/2017 | 121 | Wells Fargo | Mortgage | | 937.00 | 937.00 |
| 12/15/2017 | 122 | LA Co Tax Collector | Property Taxes | | 514.45 | 514.45 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 1,451.45 | $1,451.45 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## INYO CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 12/31/2017 | Balance on Statement: | $3,371.81 |
|---|---|---|---|

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT

| 0.00 |
|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 110 | 2/15/2017 | 937.00 |
| 112 | 4/15/2017 | 937.00 |
| 114 | 5/15/2017 | 937.00 |
| 115 | 6/15/2017 | 937.00 |
| 116 | 7/15/2017 | 937.00 |
| 117 | 8/15/2017 | 937.00 |
| 118 | 9/15/2017 | 937.00 |
| 119 | 10/15/2017 | 937.00 |
| 120 | 11/15/2017 | 937.00 |
| 121 | 12/15/2017 | 937.00 |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:

| 9,370.00 |
|---|

Bank statement Adjustments:

Explanation of Adjustments-

ADJUSTED BANK BALANCE:

| -$5,998.19 |
|---|

\* It is acceptable to replace this form with a similar form

\** Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 18 |
| Debtor(s). | For the Month Ending: | 12/31/2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. MACLAREN CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     14,902.02

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     18,432.49

3. BEGINNING BALANCE:     (3,530.47)

4. RECEIPTS DURING CURRENT PERIOD:
| General Sales | 0.00 |
|---|---|
| Transfer In From General DIP (xxxxxx8188) | 500.00 |
| Interest | 0.00 |

    TOTAL RECEIPTS THIS PERIOD:     500.00

5. BALANCE:     (3,030.47)

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
|---|---|
| Disbursements (from page 2) | 1,347.74 |

    TOTAL DISBURSEMENTS THIS PERIOD:***     1,347.74

7. ** ENDING BALANCE:     (4,378.21)

8. Maclaren Cash Collateral DIP Account Number:    xxxxxx8063

Depository Name & Location:
Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

**\*\*Please See Explanation on the Questionnaire (Page 56)**

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM MACLAREN CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 12/15/2017 | 121 | Wells Fargo | Mortgage | | 937.00 | 937.00 |
| 12/15/2017 | 122 | LA Co Tax Collector | Property Taxes | | 410.74 | 410.74 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 1,347.74 | $1,347.74 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## MACLAREN CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 12/31/2017 | Balance on Statement: | $306.79 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL DEPOSITS IN TRANSIT** — 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 117 | 8/15/2017 | 937.00 |
| 118 | 9/15/2017 | 937.00 |
| 119 | 10/15/2017 | 937.00 |
| 120 | 11/15/2017 | 937.00 |
| 121 | 12/15/2017 | 937.00 |

**TOTAL OUTSTANDING CHECKS:** — 4,685.00

Bank statement Adjustments: _____

Explanation of Adjustments-

**ADJUSTED BANK BALANCE:** — -$4,378.21

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 18 |
| Debtor(s). | For the Month Ending: | 12/31/2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. MILLBURY CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     19,300.52

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     23,904.59

3. BEGINNING BALANCE:     (4,604.07)

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Rent | 3,000.00 |
| Transfer In From Renault CC DIP (xxxxxx8048) | 0.00 |
| Interest | 0.05 |

    TOTAL RECEIPTS THIS PERIOD:     3,000.05

5. BALANCE:     (1,604.02)

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 1,500.00 |
| Disbursements (from page 2) | 1,634.16 |

    TOTAL DISBURSEMENTS THIS PERIOD:***     3,134.16

7. ** ENDING BALANCE:     (4,738.18)

8. Millbury Cash Collateral DIP Account Number:     xxxxxx8089

| | |
|---|---|
| | Wells Fargo Bank, N.A. |
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

**\*\*Please See Explanation on the Questionnaire (Page 56)**

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM MILLBURY CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 12/15/2017 | 122 | Nationstar | Mortgage | | 1,190.00 | 1,190.00 |
| 12/15/2017 | 123 | Void | Void | | 0.00 | 0.00 |
| 12/15/2017 | 124 | LA Co Tax Collector | Property Taxes | | 444.16 | 444.16 |
| 12/12/2017 | EFT | xxxxxx8188 | Transfer to General DIP | 1,500.00 | | 1,500.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 1,500.00 | 1,634.16 | $3,134.16 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## MILLBURY CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 12/15/2017 | Balance on Statement: | $8,351.82 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL DEPOSITS IN TRANSIT | | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 110 | 2/15/2017 | 1,190.00 |
| 111 | 3/15/2017 | 1,190.00 |
| 112 | 4/15/2017 | 1,190.00 |
| 115 | 5/15/2017 | 1,190.00 |
| 116 | 6/15/2017 | 1,190.00 |
| 117 | 7/15/2017 | 1,190.00 |
| 118 | 8/15/2017 | 1,190.00 |
| 119 | 9/15/2017 | 1,190.00 |
| 120 | 10/15/2017 | 1,190.00 |
| 121 | 11/15/2017 | 1,190.00 |
| 122 | 12/15/2017 | 1,190.00 |
| | | |

TOTAL OUTSTANDING CHECKS: | | 13,090.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE: | | -$4,738.18

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 18 |
| Debtor(s). | For the Month Ending: | 12/31/2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. RENAULT CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          29,913.34

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS          30,482.16

3. BEGINNING BALANCE:          (568.82)

4. RECEIPTS DURING CURRENT PERIOD:
Rent                                                        1,196.00
Transfer In From General DIP (xxxxxx8188)                       0.00
Interest                                                        0.05

TOTAL RECEIPTS THIS PERIOD:          1,196.05

5. BALANCE:          627.23

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)               1,000.00
Disbursements (from page 2)                                 2,110.78

TOTAL DISBURSEMENTS THIS PERIOD:***          3,110.78

7. ** ENDING BALANCE:          (2,483.55)

8. Renault Cash Collateral DIP Account Number:    xxxxxx8048

|   | Wells Fargo Bank, N.A. |
|---|---|
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

**\*\*Please See Explanation on the Questionnaire (Page 56)**

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM RENAULT CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 12/15/2017 | 121 | Wells Fargo | Mortgage | | 1,483.00 | 1,483.00 |
| 12/15/2017 | 122 | LA Co Tax Collector | Property Taxes | | 627.78 | 627.78 |
| 12/12/2017 | EFT | xxxxxx8188 | Transfer to General DIP | 1,000.00 | | 1,000.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 1,000.00 | 2,110.78 | $3,110.78 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## RENAULT CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 12/31/2017 | Balance on Statement: | $4,931.45 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL DEPOSITS IN TRANSIT** | | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 117 | 8/15/2017 | 1,483.00 |
| 118 | 9/15/2017 | 1,483.00 |
| 119 | 10/15/2017 | 1,483.00 |
| 120 | 11/15/2017 | 1,483.00 |
| 121 | 12/15/2017 | 1,483.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:** | | 7,415.00

Bank statement Adjustments:
Explanation of Adjustments-

**ADJUSTED BANK BALANCE:** | -$2,483.55

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

# UNITED STATES DEPARTMENT OF JUSTICE
## OFFICE OF THE UNITED STATES TRUSTEE
### CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 18 |
| Debtor(s). | For the Month Ending: | 12/31/2017 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. WEIDNER CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     17,058.09

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     22,212.63

3. BEGINNING BALANCE:     (5,154.54)

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Rent | 0.00 |
| Transfer In From General DIP (xxxxxx8188) | 0.00 |
| Interest | 0.01 |

    TOTAL RECEIPTS THIS PERIOD:     0.01

5. BALANCE:     (5,154.53)

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 1,600.26 |

    TOTAL DISBURSEMENTS THIS PERIOD:***     1,600.26

7. ** ENDING BALANCE:     (6,754.79)

8. Weidner Cash Collateral DIP Account Number:     xxxxxx8097

| | |
|---|---|
| | Wells Fargo Bank, N.A. |
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

**\*\*Please See Explanation on the Questionnaire (Page 56)**

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM WEIDNER CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 12/15/2017 | 121 | Wells Fargo | Mortgage | | 1,354.00 | 1,354.00 |
| 12/15/2017 | 122 | Void | Void | | 0.00 | 0.00 |
| 12/15/2017 | 123 | LA Co Tax Collector | Property Taxes | | 246.26 | 246.26 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 1,600.26 | $1,600.26 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# WEIDNER CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: 12/31/2017  Balance on Statement: $1,369.21

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                           0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 116 | 7/15/2017 | 1,354.00 |
| 117 | 8/15/2017 | 1,354.00 |
| 118 | 9/15/2017 | 1,354.00 |
| 119 | 10/15/2017 | 1,354.00 |
| 120 | 11/15/2017 | 1,354.00 |
| 121 | 12/15/2017 | 1,354.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                           8,124.00

Bank statement Adjustments: _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                              -$6,754.79

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment