UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 20 |
| Debtor(s). | For the Month Ending: | 2/28/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. GENERAL DIP ACCOUNT

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 178,442.79 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 169,553.38 |
| 3. BEGINNING BALANCE: | | 8,889.41 |

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | 0.00 | |
| Social Security Income | 2,236.00 | |
| Interest | 0.32 | |
| TOTAL RECEIPTS THIS PERIOD: | | 2,236.32 |
| 5. BALANCE: | | 11,125.73 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 | |
| Disbursements (from page 2) | 2,989.78 | |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | | 2,989.78 |
| 7. ENDING BALANCE: | | 8,135.95 |

| | |
|---|---|
| 8. General DIP Account Number: | xxxxxx8188 |
| | Wells Fargo Bank, N.A. |
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 2/20/2018 | 200 | Debbie Tyrell | Bookkeeping | | 315.00 | 315.00 |
| | | | | | | |
| 2/1/2018 | EFT | Pemexpress | Gas | | 34.55 | 34.55 |
| 2/5/2018 | EFT | American Modern | Insurance Expense | | 50.83 | 50.83 |
| 2/5/2018 | EFT | American Modern | Insurance Expense | | 54.33 | 54.33 |
| 2/5/2018 | EFT | American Modern | Insurance Expense | | 58.25 | 58.25 |
| 2/5/2018 | EFT | American Modern | Insurance Expense | | 60.67 | 60.67 |
| 2/5/2018 | EFT | American Modern | Insurance Expense | | 77.83 | 77.83 |
| 2/6/2018 | EFT | Travelers | Insurance Expense | | 1,100.00 | 1,100.00 |
| 2/12/2018 | EFT | FedEx Office | Document Copies | | 15.25 | 15.25 |
| 2/12/2018 | EFT | FedEx Office | Document Copies | | 25.96 | 25.96 |
| 2/12/2018 | EFT | FedEx Office | Document Copies | | 4.86 | 4.86 |
| 2/12/2018 | EFT | FedEx Office | Document Copies | | 4.36 | 4.36 |
| 2/12/2018 | EFT | FedEx Office | Income Tax Document Copies | | 111.60 | 111.60 |
| 2/12/2018 | EFT | FedEx Office | Income Tax Document Copies | | 48.72 | 48.72 |
| 2/12/2018 | EFT | Amazon Video | Entertainment | | 14.99 | 14.99 |
| 2/12/2018 | EFT | LA Superior Court | Parking Fee | | 1.00 | 1.00 |
| 2/12/2018 | EFT | Food 4 Less | Groceries | | 38.06 | 38.06 |
| 2/12/2018 | EFT | 99 Cents Only | Groceries | | 19.46 | 19.46 |
| 2/15/2018 | EFT | La Puente Water Dist | Utilities | | 75.19 | 75.19 |
| 2/16/2018 | EFT | Prime Video | Entertainment | | 16.99 | 16.99 |
| 2/20/2018 | EFT | American Modern | Insurance Expense | | 288.00 | 288.00 |
| 2/20/2018 | EFT | Vallarta Supermarket | Groceries | | 16.22 | 16.22 |
| 2/20/2018 | EFT | Lowe's | Repair & Maintenance: Supplies | | 168.15 | 168.15 |
| 2/20/2018 | EFT | 99 Cents Only | Groceries | | 13.37 | 13.37 |
| 2/20/2018 | EFT | Vonage | Utilities | | 72.45 | 72.45 |
| 2/20/2018 | EFT | Food 4 Less | Groceries | | 15.95 | 15.95 |
| 2/21/2018 | EFT | Amazon Video | Entertainment | | 14.99 | 14.99 |
| 2/22/2018 | EFT | Netflix | Entertainment | | 10.99 | 10.99 |
| 2/22/2018 | EFT | Amazon Video | Entertainment | | 9.99 | 9.99 |
| 2/23/2018 | EFT | Turbotax | Tax Software | | 19.99 | 19.99 |
| 2/23/2018 | EFT | Amazon Video | Entertainment | | 7.99 | 7.99 |
| 2/26/2018 | EFT | Amazon Prime | Membership Fee | | 108.41 | 108.41 |
| 2/26/2018 | EFT | Pep Boys | Repair & Maintenance: Auto | | 72.24 | 72.24 |
| 2/27/2018 | EFT | 99 Cents Only | Groceries | | 10.08 | 10.08 |
| 2/28/2018 | EFT | Amazon Video | Entertainment | | 12.99 | 12.99 |
| 2/28/2018 | EFT | 99 Cents Only | Groceries | | 20.07 | 20.07 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 2,989.78 | $2,989.78 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## GENERAL DIP ACCOUNT
## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 2/28/2018 | Balance on Statement: | $8,135.95 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT      0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:      0.00

Bank statement Adjustments: _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:      $8,135.95

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
| --- | --- | --- |
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 20 |
| Debtor(s). | For the Month Ending: | 2/28/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. BEN CASH COLLATERAL DIP ACCOUNT

| | | |
| --- | --- | --- |
| 1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 31,475.82 |
| 2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 21,074.99 |
| 3.  BEGINNING BALANCE: | | 10,400.83 |

4.  RECEIPTS DURING CURRENT PERIOD:

| | | |
| --- | --- | --- |
| Rent | 0.00 | |
| Transfer In From General DIP (xxxxxx8188) | 0.00 | |
| Interest | 0.08 | |
| TOTAL RECEIPTS THIS PERIOD: | | 0.08 |
| 5.  BALANCE: | | 10,400.91 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
| --- | --- | --- |
| Transfers to Other DIP Accounts (from page 2) | 0.00 | |
| Disbursements (from page 2) | 0.00 | |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | | 0.00 |
| 7.  ** ENDING BALANCE: | | 10,400.91 |

| | |
| --- | --- |
| 8.  Ben Cash Collateral DIP Account Number: | xxxxxx8071 |
| | Wells Fargo Bank, N.A. |
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR  97228-6995 |

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM BEN CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# BEN CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 2/28/2018 | Balance on Statement: | $10,400.91 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL DEPOSITS IN TRANSIT | | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL OUTSTANDING CHECKS: | | | 0.00

Bank statement Adjustments: | _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $10,400.91

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 20 |
| Debtor(s). | For the Month Ending: | 2/28/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. DELANO CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS ......... 38,560.13

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS ......... 38,279.14

3. BEGINNING BALANCE: ......... 280.99

4. RECEIPTS DURING CURRENT PERIOD:
   Rent ......... 0.00
   Transfer In From General DIP (xxxxxx8188) ......... 0.00
   Interest ......... 0.00

   TOTAL RECEIPTS THIS PERIOD: ......... 0.00

5. BALANCE: ......... 280.99

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2) ......... 0.00
   Disbursements (from page 2) ......... 0.00

   TOTAL DISBURSEMENTS THIS PERIOD:*** ......... 0.00

7. **ENDING BALANCE: ......... 280.99

8. Delano Cash Collateral DIP Account Number: xxxxxx8105

   Depository Name & Location:
   Wells Fargo Bank, N.A.
   P.O. Box 6995
   Portland, OR 97228-6995

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM DELANO CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# DELANO CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____2/28/2018_____ Balance on Statement: _____$280.99

Plus deposits in transit (a):

| Deposit Date | Deposit Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSITS IN TRANSIT**     0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL OUTSTANDING CHECKS:**     0.00

Bank statement Adjustments: _____

Explanation of Adjustments-

**ADJUSTED BANK BALANCE:**     $280.99

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 20 |
| Debtor(s). | For the Month Ending: | 2/28/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. INYO CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          18,052.21

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS          14,680.37

3. BEGINNING BALANCE:          3,371.84

4. RECEIPTS DURING CURRENT PERIOD:
Rent          0.00
Transfers In From General DIP (xxxxxx8188)          0.00
Interest          0.03

TOTAL RECEIPTS THIS PERIOD:          0.03

5. BALANCE:          3,371.87

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)          0.00
Disbursements (from page 2)          0.00

TOTAL DISBURSEMENTS THIS PERIOD:***          0.00

7. ** ENDING BALANCE:          3,371.87

8. Inyo Cash Collateral DIP Account Number:          xxxxxx8055

Depository Name & Location:
Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold.
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM INYO CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## INYO CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 2/28/2018 | Balance on Statement: | $3,371.87 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |

TOTAL DEPOSITS IN TRANSIT | | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| | | | |

TOTAL OUTSTANDING CHECKS: | | | 0.00

Bank statement Adjustments:

Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $3,371.87

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 20 |
| Debtor(s). | For the Month Ending: | 2/28/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. MACLAREN CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS   15,402.02

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS   15,095.23

3. BEGINNING BALANCE:   306.79

4. RECEIPTS DURING CURRENT PERIOD:
   General Sales   0.00
   Transfer In From General DIP (xxxxxx8188)   0.00
   Interest   0.00

   TOTAL RECEIPTS THIS PERIOD:   0.00

5. BALANCE:   306.79

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)   0.00
   Disbursements (from page 2)   0.00

   TOTAL DISBURSEMENTS THIS PERIOD:***   0.00

7. ** ENDING BALANCE:   306.79

8. Maclaren Cash Collateral DIP Account Number:   xxxxxx8063

| | Wells Fargo Bank, N.A. |
|---|---|
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

\*   All receipts must be deposited into the general account.
\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM MACLAREN CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | **TOTAL DISBURSEMENTS THIS PERIOD:** | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## MACLAREN CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _2/28/2018_    Balance on Statement: _$306.79_

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                    0.00

Bank statement Adjustments: _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                    $306.79

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 20 |
| Debtor(s). | For the Month Ending: | 2/28/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. MILLBURY CASH COLLATERAL DIP ACCOUNT

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 24,550.65 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 13,948.75 |
| 3. BEGINNING BALANCE: | | 10,601.90 |

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Rent | 1,500.00 | |
| Transfer In From Renault CC DIP (xxxxxx8048) | 0.00 | |
| Interest | 0.08 | |
| TOTAL RECEIPTS THIS PERIOD: | | 1,500.08 |

| | | |
|---|---|---|
| 5. BALANCE: | | 12,101.98 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 | |
| Disbursements (from page 2) | 0.00 | |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | | 0.00 |

| | | |
|---|---|---|
| 7. ** ENDING BALANCE: | | 12,101.98 |

| | |
|---|---|
| 8. Millbury Cash Collateral DIP Account Number: | xxxxxx8089 |
| | Wells Fargo Bank, N.A. |
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM MILLBURY CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# MILLBURY CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: <u>2/28/2018</u>    Balance on Statement: <u>$12,101.98</u>

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                   | 0.00 |

Bank statement Adjustments: _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                      | $12,101.98 |

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 20 |
| Debtor(s). | For the Month Ending: | 2/28/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. RENAULT CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     32,527.44

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     26,177.94

3. BEGINNING BALANCE:     6,349.50

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Rent | 1,418.00 |
| Transfer In From General DIP (xxxxxx8188) | 0.00 |
| Interest | 0.06 |

     TOTAL RECEIPTS THIS PERIOD:     1,418.06

5. BALANCE:     7,767.56

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 0.00 |

     TOTAL DISBURSEMENTS THIS PERIOD:***     0.00

7. ** ENDING BALANCE:     7,767.56

8. Renault Cash Collateral DIP Account Number:    xxxxxx8048

Depository Name & Location:
Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM RENAULT CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 0.00 | $0.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# RENAULT CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 2/28/2018 | Balance on Statement: | $7,767.56 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| | | | |

| TOTAL OUTSTANDING CHECKS: | | | 0.00 |
|---|---|---|---|

Bank statement Adjustments:

Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | | | $7,767.56 |
|---|---|---|---|

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 20 |
| Debtor(s). | For the Month Ending: | 2/28/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. WEIDNER CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 17,058.11

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 15,688.89

3. BEGINNING BALANCE: — 1,369.22

4. RECEIPTS DURING CURRENT PERIOD:
   Rent — 0.00
   Transfer In From General DIP (xxxxxx8188) — 0.00
   Interest — 0.01

   TOTAL RECEIPTS THIS PERIOD: — 0.01

5. BALANCE: — 1,369.23

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2) — 0.00
   Disbursements (from page 2) — 0.00

   TOTAL DISBURSEMENTS THIS PERIOD:*** — 0.00

7. ** ENDING BALANCE: — 1,369.23

8. Weidner Cash Collateral DIP Account Number:      xxxxxx8097

   Depository Name & Location:
   Wells Fargo Bank, N.A.
   P.O. Box 6995
   Portland, OR  97228-6995

* All receipts must be deposited into the general account.

** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM WEIDNER CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## WEIDNER CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 2/28/2018 | Balance on Statement: | $1,369.23 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL OUTSTANDING CHECKS: | | | 0.00 |
|---|---|---|---|

Bank statement Adjustments:

Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | $1,369.23 |
|---|---|

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment