| In Re:<br><br>Samuel James Esworthy<br><br>Debtor(s). | CHAPTER 11 (BUSINESS) |  |
|---|---|---|
| | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 20 |
| | For the Month Ending: | 2/28/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. GENERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          180,679.11

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          172,543.16
ACCOUNT REPORTS

3. BEGINNING BALANCE:          8,135.95

4. RECEIPTS DURING CURRENT PERIOD:
| | |
|---|---|
| Accounts Receivable - Post-filing | 0.00 |
| Social Security Income | 2,236.00 |
| Interest | 0.32 |

   TOTAL RECEIPTS THIS PERIOD:          2,236.32

5. BALANCE:          10,372.27

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 3,158.46 |

   TOTAL DISBURSEMENTS THIS PERIOD:***          3,158.46

7. ENDING BALANCE:          7,213.81

8. General DIP Account Number:          xxxxxx8188
                                        Wells Fargo Bank, N.A.
   Depository Name & Location:          P.O. Box 6995
                                        Portland, OR  97228-6995

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM GENERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 3/14/2018 | 201 | Debbie Tyrell | Bookkeeping | | 427.50 | 427.50 |
| 3/14/2018 | 202 | Electrician Cert Fund | Licensing Fee | | 100.00 | 100.00 |
| | | | | | | |
| 3/1/2018 | EFT | Amazon Video | Entertainment | | 9.99 | 9.99 |
| 3/2/2018 | EFT | American Modern | Insurance Expense | | 67.25 | 67.25 |
| 3/5/2018 | EFT | Verizon Wireless | Utilities | | 246.27 | 246.27 |
| 3/5/2018 | EFT | American Modern | Insurance Expense | | 50.83 | 50.83 |
| 3/5/2018 | EFT | American Modern | Insurance Expense | | 60.67 | 60.67 |
| 3/5/2018 | EFT | American Modern | Insurance Expense | | 77.83 | 77.83 |
| 3/5/2018 | EFT | 76 | Gas | | 95.00 | 95.00 |
| 3/5/2018 | EFT | Amazon Video | Entertainment | | 9.99 | 9.99 |
| 3/5/2018 | EFT | Amazon Digital | Entertainment | | 9.99 | 9.99 |
| 3/5/2018 | Cash | Jim Esworthy | Pocket Money | | 300.00 | 300.00 |
| 3/6/2018 | EFT | So CA Gas | Utilities | | 177.73 | 177.73 |
| 3/12/2018 | EFT | Ibew Local | Membership Fee | | 292.00 | 292.00 |
| 3/12/2018 | EFT | Frontier Cmmnctn | Utilities | | 96.97 | 96.97 |
| 3/12/2018 | EFT | Costco | Groceries & Household Supplies | | 181.13 | 181.13 |
| 3/12/2018 | EFT | Home Depot | Repair & Maintenance: Supplies | | 47.02 | 47.02 |
| 3/12/2018 | EFT | Orchard Supply | Repair & Maintenance: Supplies | | 46.71 | 46.71 |
| 3/13/2018 | EFT | Hirsch Pipe & Supply | Repair & Maintenance: Supplies | | 93.86 | 93.86 |
| 3/14/2018 | EFT | Home Depot | Repair & Maintenance: Supplies | | 59.26 | 59.26 |
| 3/16/2018 | EFT | Hirsch Pipe & Supply | Repair & Maintenance: Supplies | | 35.25 | 35.25 |
| 3/19/2018 | EFT | Ibew Local | Membership Fee | | 126.00 | 126.00 |
| 3/19/2018 | EFT | 76 | Gas | | 93.02 | 93.02 |
| 3/19/2018 | EFT | 99 Cents Only | Household Supplies | | 14.58 | 14.58 |
| 3/19/2018 | EFT | Food 4 Less | Groceries | | 22.40 | 22.40 |
| 3/20/2018 | EFT | Vonage | Utilities | | 72.57 | 72.57 |
| 3/20/2018 | EFT | AAA | Membership Fee | | 50.00 | 50.00 |
| 3/21/2018 | EFT | Lax Shuttle | Transportation Fee | | 19.50 | 19.50 |
| 3/22/2018 | EFT | Netflix | Entertainment | | 10.99 | 10.99 |
| 3/26/2018 | EFT | Amazon Digital | Entertainment | | 19.90 | 19.90 |
| 3/26/2018 | EFT | Amazon Video | Entertainment | | 9.99 | 9.99 |
| 3/26/2018 | EFT | Amazon Digital | Entertainment | | 13.99 | 13.99 |
| 3/26/2018 | EFT | Amazon Video | Entertainment | | 12.99 | 12.99 |
| 3/27/2018 | EFT | Amazon Digital | Entertainment | | 0.99 | 0.99 |
| 3/29/2018 | EFT | Costco | Groceries & Household Supplies | | 139.04 | 139.04 |
| 3/30/2018 | EFT | American Modern | Insurance Expense | | 67.25 | 67.25 |
| | | | | | | |
| | | | **TOTAL DISBURSEMENTS THIS PERIOD:** | 0.00 | 3,158.46 | $3,158.46 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## GENERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 3/31/2018 | Balance on Statement: | $7,213.81 |
|---|---|---|---|

**Plus deposits in transit (a):**

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL DEPOSITS IN TRANSIT** — 0.00

**Less Outstanding Checks (a):**

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:** — 0.00

**Bank statement Adjustments:** _____

**Explanation of Adjustments-**

**ADJUSTED BANK BALANCE:** — $7,213.81

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment



# Wells Fargo Portfolio Checking

## Activity summary

| | |
|---|---|
| Balance on 3/1 | 8,135.95 |
| Deposits/Additions | 2,236.32 |
| Withdrawals/Subtractions | - 3,158.46 |
| **Balance on 3/31** | **$7,213.81** |

Account number: 188

**SAMUEL JAMES ESWORTHY**
**GENERAL ACCOUNT**
**DEBTOR IN POSSESSION**
**CH.11 CASE#16-11985 (CCA)**

*Wells Fargo Bank, N.A. (Member FDIC)*

*CALIFORNIAaccount terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.32 |
| Average collected balance this month | $7,436.87 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $1.09 |
| Total interest paid in **2017** | $7.32 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | **Beginning balance on 3/1** | | | | **8,135.95** |
| 3/1 | Purchase Authorized On 02/28 Amazon Video On DE Amzn.Com/Bill WA S468059770847866 Card 1313 | | | 9.99 | 8,125.96 |
| 3/2 | Purchase Authorized On 03/01 Ammodern Insurance 800-5432644 OH S388060426121366 Card 1313 | | | 67.25 | 8,058.71 |
| 3/5 | Purchase Authorized On 03/01 Verizon Wrl My Acc 800-9220204 CA S468061129921084 Card 1313 | | | 246.27 | |
| 3/5 | Purchase Authorized On 03/02 Ammodern Insurance 800-5432644 OH S308061423686017 Card 1313 | | | 50.83 | |
| 3/5 | Purchase Authorized On 03/02 Ammodern Insurance 800-5432644 OH S588061426436566 Card 1313 | | | 60.67 | |
| 3/5 | Purchase Authorized On 03/02 Ammodern Insurance 800-5432644 OH S308061430034260 Card 1313 | | | 77.83 | |
| 3/5 | Purchase Authorized On 03/02 76 - Gse 76 Osborn Arleta CA S388061728008571 Card 1313 | | | 95.00 | |
| 3/5 | Purchase Authorized On 03/03 Amazon Video On DE Amzn.Com/Bill WA S388062745844210 Card 1313 | | | 9.99 | |
| 3/5 | Purchase Authorized On 03/03 Amazon Digital Svc 888-802-3080 WA S468062746173323 Card 1313 | | | 9.99 | |
| 3/5 | Cash eWithdrawal in Branch/Store 03/05/2018 2:22 Pm 8548 Van Nuys Blvd Panorama City CA 1313 | | | 300.00 | 7,208.13 |
| 3/6 | So Cal Gas Paid Scgc 180305 0803116900 301601474096893775 | | | 177.73 | 7,030.40 |
| 3/12 | Purchase Authorized On 03/08 Ibew Local 11 626-243-9702 CA S308068056675933 Card 1313 | | | 292.00 | |
| 3/12 | Purchase Authorized On 03/09 Cts*Frontier Onlin 800-921-8101 CT S588068708082813 Card 1313 | | | 96.97 | |
| 3/12 | Purchase Authorized On 03/11 Costco Whse #1071 Pacoima CA P00308070771021795 Card 1313 | | | 181.04 | |
| 3/12 | Purchase Authorized On 03/12 The Home Depot #6644 Panorama City CA P00468071690696832 Card 1313 | | | 47.02 | |
| 3/12 | Purchase Authorized On 03/12 Orchard Supply #630 Van Nuys CA P00388071755950495 Card 1313 | | | 46.71 | 6,366.66 |
| 3/13 | Purchase Authorized On 03/12 Hirsch Pipe & Supp Van Nuys CA S588071769329 Card 1313 | | | 93.86 | 6,272.80 |
| 3/14 | SSA Treas 310 Xxsoc Sec 031418 Xxxxx2311A SSA Samuel J Esworthy | | 2,236.00 | | |

229544



➠ **Wells Fargo Portfolio Checking** (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 3/14 | Purchase Authorized On 03/14 The Home Depot #6644 Panorama City CA P00468073821135124 Card 1313 | | | 59.26 | |
| 3/14 | Check | 201 | | 427.50 | 8,022.04 |
| 3/16 | Purchase Authorized On 03/14 Hirsch Pipe & Supp Van Nuys CA S308073836031347 Card 1313 | | | 35.25 | |
| 3/16 | Check | 202 | | 100.00 | 7,886.79 |
| 3/19 | Purchase Authorized On 03/15 Ibew Local 11 626-243-9702 CA S588074314110592 Card 1313 | | | 126.00 | |
| 3/19 | Purchase Authorized On 03/17 76 - Gse 76 Osborn Arleta CA S588076758582678 Card 1313 | | | 93.02 | |
| 3/19 | Purchase Authorized On 03/18 99 Cents Only Stor North Hills CA S308077752935692 Card 1313 | | | 14.58 | |
| 3/19 | Purchase Authorized On 03/18 Food4Less 8530 Tobias Panorama City CA P0000000880136192 Card 1313 | | | 22.40 | 7,630.79 |
| 3/20 | Recurring Payment Authorized On 03/18 Vonage *Price+Taxe 866-243-4357 NJ S308078198994207 Card 1313 | | | 72.57 | |
| 3/20 | Recurring Payment Authorized On 03/19 AAA CA Mbr Renewal 877-428-2277 CA S468078432239506 Card 1313 | | | 50.00 | 7,508.22 |
| 3/21 | Purchase Authorized On 03/20 Laxshuttletix.Com Anaheim CA S468079487577017 Card 1313 | | | 19.50 | 7,488.72 |
| 3/22 | Recurring Payment Authorized On 03/21 Netflix.Com Netflix.Com CA S308080589781601 Card 1313 | | | 10.99 | 7,477.73 |
| 3/26 | Purchase Authorized On 03/22 Amazon Digital Svc 888-802-3080 WA S388082052691903 Card 1313 | | | 19.99 | |
| 3/26 | Purchase Authorized On 03/23 Amazon Video On DE Amzn.Com/Bill WA S588083076082191 Card 1313 | | | 9.99 | |
| 3/26 | Purchase Authorized On 03/24 Amazon Digital Svc 888-802-3080 WA S468083529729040 Card 1313 | | | 13.99 | |
| 3/26 | Purchase Authorized On 03/25 Amazon Video On DE Amzn.Com/Bill WA S388084828596435 Card 1313 | | | 12.99 | 7,420.77 |
| 3/27 | Purchase Authorized On 03/25 Amazon Digital Svc 888-802-3080 WA S308085165018525 Card 1313 | | | 0.99 | 7,419.78 |
| 3/29 | Purchase Authorized On 03/29 Costco Whse #0048 Van Nuys CA P00468088784061038 Card 1313 | | | 139.04 | 7,280.74 |
| 3/30 | Purchase Authorized On 03/29 Ammodern Insurance 800-5432644 OH S468088389145951 Card 1313 | | | 67.25 | |
| 3/30 | Interest Payment | | 0.32 | | 7,213.81 |
| | **Ending balance on 3/31** | | | | 7,213.81 |
| **Totals** | | | **$2,236.32** | **$3,158.46** | |

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|
| 201 | 3/14 | 427.50 | 202 | 3/16 | 100.00 |

---

### Important Account Information

We are committed to serve you. That is why we are committed to ensuring you understand how interest accrues and is paid on your account. Interest is calculated and accrued daily based on the daily collected balances in the account. While interest accrues daily, it is considered earned and will be paid only when the total interest accrued is $0.01 or more. In any month the amount of accrued interest is less than $0.01, periodic statements will show no interest earned though it continues to accrue.

If you have questions, please contact your local banker or call the phone number listed at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.

| In Re:<br><br>Samuel James Esworthy<br><br>Debtor(s). | CHAPTER 11 (BUSINESS) |  |
|---|---|---|
| | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 21 |
| | For the Month Ending: | 3/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. BEN CASH COLLATERAL DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 31,475.90

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS — 21,074.99

3.  BEGINNING BALANCE: — 10,400.91

4.  RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Rent | 1,675.00 |
| Transfer In From General DIP (xxxxxx8188) | 0.00 |
| Interest | 0.10 |

TOTAL RECEIPTS THIS PERIOD: — 1,675.10

5.  BALANCE: — 12,076.01

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 0.00 |

TOTAL DISBURSEMENTS THIS PERIOD:*** — 0.00

7.  ** ENDING BALANCE: — 12,076.01

8.  Ben Cash Collateral DIP Account Number: xxxxxx8071

Depository Name & Location:
Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM BEN CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## BEN CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____ 3/31/2018 _____ Balance on Statement: _____ $12,076.01

**Plus deposits in transit (a):**

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSITS IN TRANSIT** | | | 0.00

**Less Outstanding Checks (a):**

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:** | | | 0.00

**Bank statement Adjustments:** _____

**Explanation of Adjustments-**

**ADJUSTED BANK BALANCE:** | $12,076.01

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

# Wells Fargo® Preferred Checking



SAMUEL JAMES ESWORTHY
BEN CASH COLL
DEBTOR IN POSSESSION
CH.11 CASE#16-11985 (CCA)
8526 KESTER AVE
PANORAMA CITY CA 91402-2723

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ☐ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $10,400.91 |
| Deposits/Additions | 1,675.10 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 3/31** | **$12,076.01** |

Account number: **8071**

**SAMUEL JAMES ESWORTHY**
**BEN CASH COLL**
**DEBTOR IN POSSESSION**
**CH.11 CASE#16-11985 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(114)



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.10 |
| Average collected balance | $11,805.74 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.10 |
| Interest paid this year | $0.25 |
| Total interest paid in 2017 | $0.61 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/5 | | Edeposit IN Branch/Store 03/05/18 02:21:01 Pm 8548 Van Nuys Blvd Panorama City CA | 1,675.00 | | 12,075.91 |
| 3/30 | | Interest Payment | 0.10 | | 12,076.01 |
| Ending balance on 3/31 | | | | | 12,076.01 |
| **Totals** | | | **$1,675.10** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2018 - 03/31/2018 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| The fee is waived this fee period because the account is linked to your Portfolio by Wells Fargo® program. | | |

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $0.00 ☐ |
| · Linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | $10,400.91 ☑ |
|   - Minimum daily balance in checking, savings, time accounts (CDs) and FDIC-insured retirement accounts | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
JDIJD



 IMPORTANT ACCOUNT INFORMATION

We are committed to serve you. That is why we are committed to ensuring you understand how interest accrues and is paid on your account. Interest is calculated and accrued daily based on the daily collected balances in the account. While interest accrues daily, it is considered earned and will be paid only when the total interest accrued is $0.01 or more. In any month the amount of accrued interest is less than $0.01, periodic statements will show no interest earned though it continues to accrue.

If you have questions, please contact your local banker or call the phone number listed at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. However, effective 2/16/18, the bank will assess no more than two legal process fees per account, per calendar month.     Please note, the calendar month may not coincide with your statement cycle.



**WELLS FARGO**

---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ |

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total** | **$** | |

▶  + $ |

**C** Add **A** and **B** to calculate the subtotal.    = $ |

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | **$** | |

▶  - $ |

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801                    Member FDIC.

| In Re:<br><br>Samuel James Esworthy<br><br>Debtor(s). | CHAPTER 11 (BUSINESS) |  |
|---|---|---|
|  | Case Number: | 1:16-bk-11985-MT |
|  | Operating Report Number: | 21 |
|  | For the Month Ending: | 3/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. DELANO CASH COLLATERAL DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS       38,560.13

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL       38,279.14
ACCOUNT REPORTS

3.  BEGINNING BALANCE:       280.99

4.  RECEIPTS DURING CURRENT PERIOD:

| Rent | 0.00 |
|---|---|
| Transfer In From General DIP (xxxxxx8188) | 0.00 |
| Interest | 0.00 |

    TOTAL RECEIPTS THIS PERIOD:       0.00

5.  BALANCE:       280.99

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| Transfers to Other DIP Accounts (from page 2) | 0.00 |
|---|---|
| Disbursements (from page 2) | 0.00 |

    TOTAL DISBURSEMENTS THIS PERIOD:***       0.00

7.  **ENDING BALANCE:       280.99

8.  Delano Cash Collateral DIP Account Number:      xxxxxx8105

                                        Wells Fargo Bank, N.A.

    Depository Name & Location:      P.O. Box 6995

                                        Portland, OR  97228-6995

*   All receipts must be deposited into the general account.

** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM DELANO CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## DELANO CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| **Bank statement Date:** | 2/28/2018 | **Balance on Statement:** | $280.99 |

**Plus deposits in transit (a):**

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSITS IN TRANSIT** — 0.00

**Less Outstanding Checks (a):**

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:** — 0.00

**Bank statement Adjustments:**
**Explanation of Adjustments-**

**ADJUSTED BANK BALANCE:** — $280.99

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

# Wells Fargo® Preferred Checking



Account number:  **8105**  ■ March 1, 2018 - March 31, 2018  ■ Page 1 of 3

SAMUEL JAMES ESWORTHY
DELANO CASH COLL
DEBTOR IN POSSESSION
CH.11 CASE#16-11985 (CCA)
8526 KESTER AVE
PANORAMA CITY CA 91402-2723

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833

*En español:* 1-877-727-2932

華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ☐ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $280.99 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 3/31** | **$280.99** |

Account number:  **8105**

**SAMUEL JAMES ESWORTHY**
**DELANO CASH COLL**
**DEBTOR IN POSSESSION**
**CH.11 CASE#16-11985 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(114)



**WELLS FARGO**

---

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $280.99 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2017 | $0.10 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



| Fee period 03/01/2018 - 03/31/2018 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to your Portfolio by Wells Fargo® program.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $0.00 ☐ |
| · Linked Wells Fargo home mortgage | 1 | 1 ☑ |
| · Combined balances in linked accounts, which may include | $10,000.00 | $280.99 ☐ |
|   - Minimum daily balance in checking, savings, time accounts (CDs) and FDIC-insured retirement accounts | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
JDIJD

---

# ☑ IMPORTANT ACCOUNT INFORMATION

We are committed to serve you. That is why we are committed to ensuring you understand how interest accrues and is paid on your account. Interest is calculated and accrued daily based on the daily collected balances in the account. While interest accrues daily, it is considered earned and will be paid only when the total interest accrued is $0.01 or more. In any month the amount of accrued interest is less than $0.01, periodic statements will show no interest earned though it continues to accrue.

If you have questions, please contact your local banker or call the phone number listed at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.

---

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. However, effective 2/16/18, the bank will assess no more than two legal process fees per account, per calendar month.    Please note, the calendar month may not coincide with your statement cycle.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.   $ |

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** | $ |

▶  + $ |

**C**  Add **A** and **B** to calculate the subtotal.  = $ |

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

▶  - $ |

**E**  Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.  = $ |

## General statement policies for Wells Fargo Bank

■  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■  **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801     Member FDIC.

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 21 |
| Debtor(s). | For the Month Ending: | 3/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. INYO CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          18,052.24

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          14,680.37
ACCOUNT REPORTS

3. BEGINNING BALANCE:          3,371.87

4. RECEIPTS DURING CURRENT PERIOD:
Rent          0.00
Transfers In From General DIP (xxxxxx8188)          0.00
Interest          0.02

TOTAL RECEIPTS THIS PERIOD:          0.02

5. BALANCE:          3,371.89

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)          0.00
Disbursements (from page 2)          2,087.19

TOTAL DISBURSEMENTS THIS PERIOD:***          2,087.19

7. ** ENDING BALANCE:          1,284.70

8. Inyo Cash Collateral DIP Account Number:          xxxxxx8055

| | Wells Fargo Bank, N.A. |
|---|---|
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR  97228-6995 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM INYO CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 3/19/2018 | 123 | J-Esco | Repair & Maintenance | | 2,050.00 | 2,050.00 |
| 3/19/2018 | 124 | La Puente County | Utilities | | 37.19 | 37.19 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 2,087.19 | $2,087.19 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## INYO CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 3/31/2018 | Balance on Statement: | $1,284.70 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL DEPOSITS IN TRANSIT** | | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL OUTSTANDING CHECKS:** | | | 0.00

Bank statement Adjustments: _____

Explanation of Adjustments-

| |
|---|

**ADJUSTED BANK BALANCE:** | | | $1,284.70

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

# Wells Fargo® Preferred Checking



WELLS
FARGO

SAMUEL JAMES ESWORTHY
INYO CASH COLL
DEBTOR IN POSSESSION
CH.11 CASE#16-11985 (CCA)
8526 KESTER AVE
PANORAMA CITY CA 91402-2723

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ☐ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $3,371.87 |
| Deposits/Additions | 0.02 |
| Withdrawals/Subtractions | - 2,087.19 |
| **Ending balance on 3/31** | **$1,284.70** |

Account number:  **8055**

**SAMUEL JAMES ESWORTHY**
**INYO CASH COLL**
**DEBTOR IN POSSESSION**
**CH.11 CASE#16-11985 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(114)



**WELLS FARGO**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.02 |
| Average collected balance | $2,496.59 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.02 |
| Interest paid this year | $0.08 |
| Total interest paid in 2017 | $0.18 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/19 | 123 | Deposited OR Cashed Check | | 2,050.00 | |
| 3/19 | ^ 124 | LA Puente County Checkpaymt 180316 00124 | | 37.19 | 1,284.68 |
| 3/30 | | Interest Payment | 0.02 | | 1,284.70 |
| | Ending balance on 3/31 | | | | 1,284.70 |
| **Totals** | | | **$0.02** | **$2,087.19** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ **Converted check:** *Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 123 | 3/19 | 2,050.00 | 124 | 3/19 | 37.19 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2018 - 03/31/2018 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| The fee is waived this fee period because the account is linked to your Portfolio by Wells Fargo® program. | | |

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $0.00 ☐ |
| · Linked Wells Fargo home mortgage | 1 | 1 ☑ |
| · Combined balances in linked accounts, which may include | $10,000.00 | $1,284.68 ☐ |
|   - Minimum daily balance in checking, savings, time accounts (CDs) and FDIC-insured retirement accounts | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
JDIJD

# ✓ IMPORTANT ACCOUNT INFORMATION



We are committed to serve you. That is why we are committed to ensuring you understand how interest accrues and is paid on your account. Interest is calculated and accrued daily based on the daily collected balances in the account. While interest accrues daily, it is considered earned and will be paid only when the total interest accrued is $0.01 or more. In any month the amount of accrued interest is less than $0.01, periodic statements will show no interest earned though it continues to accrue.

If you have questions, please contact your local banker or call the phone number listed at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.

### Important information about legal process fees.

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. However, effective 2/16/18, the bank will assess no more than two legal process fees per account, per calendar month.      Please note, the calendar month may not coincide with your statement cycle.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.  $ |

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

+ $ |

**C** Add **A** and **B** to calculate the subtotal.

= $ |

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ |

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801        Member FDIC.

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 21 |
| Debtor(s). | For the Month Ending: | 3/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. MACLAREN CASH COLLATERAL DIP ACCOUNT

1. **TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS**       15,402.02

2. **LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS**       15,095.23

3. **BEGINNING BALANCE:**       306.79

4. **RECEIPTS DURING CURRENT PERIOD:**

| | |
|---|---|
| General Sales | 0.00 |
| Transfer In From General DIP (xxxxxx8188) | 0.00 |
| Interest | 0.00 |

      **TOTAL RECEIPTS THIS PERIOD:**       0.00

5. **BALANCE:**       306.79

6. **LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD**

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 0.00 |

      **TOTAL DISBURSEMENTS THIS PERIOD:\*\*\***       0.00

7. **\*\* ENDING BALANCE:**       306.79

8. Maclaren Cash Collateral DIP Account Number:    xxxxxx8063

| | |
|---|---|
| | Wells Fargo Bank, N.A. |
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM MACLAREN CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# MACLAREN CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: ___3/31/2018___  Balance on Statement: ___$306.79___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|--------------|----------------|
|              |                |
|              |                |
|              |                |
|              |                |
|              |                |

**TOTAL DEPOSITS IN TRANSIT** | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|--------------|------------|--------------|
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |
|              |            |              |

**TOTAL OUTSTANDING CHECKS:** | 0.00

Bank statement Adjustments: _____
Explanation of Adjustments-

**ADJUSTED BANK BALANCE:** | $306.79

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

# Wells Fargo® Preferred Checking

Account number:  **8063**  ■  March 1, 2018 - March 31, 2018  ■  Page 1 of 3



SAMUEL JAMES ESWORTHY
MACLAREN CASH COLL
DEBTOR IN POSSESSION
CH.11 CASE#16-11985 (CCA)
8526 KESTER AVE
PANORAMA CITY CA 91402-2723

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | |
| My Spending Report | ☐ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $306.79 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 3/31** | **$306.79** |

Account number:  **8063**

**SAMUEL JAMES ESWORTHY**
**MACLAREN CASH COLL**
**DEBTOR IN POSSESSION**
**CH.11 CASE#16-11985 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(114)



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $306.79 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2017 | $0.01 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2018 - 03/31/2018 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| The fee is waived this fee period because the account is linked to your Portfolio by Wells Fargo® program. | | |

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $0.00 ☐ |
| · Linked Wells Fargo home mortgage | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | $306.79 ☐ |
|   – Minimum daily balance in checking, savings, time accounts (CDs) and FDIC-insured retirement accounts | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
JDUD



# ✓ IMPORTANT ACCOUNT INFORMATION

We are committed to serve you. That is why we are committed to ensuring you understand how interest accrues and is paid on your account. Interest is calculated and accrued daily based on the daily collected balances in the account. While interest accrues daily, it is considered earned and will be paid only when the total interest accrued is $0.01 or more. In any month the amount of accrued interest is less than $0.01, periodic statements will show no interest earned though it continues to accrue.

If you have questions, please contact your local banker or call the phone number listed at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.

## Important information about legal process fees.

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. However, effective 2/16/18, the bank will assess no more than two legal process fees per account, per calendar month.     Please note, the calendar month may not coincide with your statement cycle.



**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.    $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801    Member FDIC.