UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 22 |
| Debtor(s). | For the Month Ending: | 4/30/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. GENERAL DIP ACCOUNT

| | |
|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 182,915.43 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 175,701.62 |
| 3. BEGINNING BALANCE: | 7,213.81 |

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Accounts Receivable - Post-filing | 0.00 |
| Social Security Income | 1,903.60 |
| Transfer From Millbury CC DIP (xxxxxx8089) | 5,000.00 |
| Transfer From Ben CC DIP (xxxxxx8071) | 4,000.00 |
| Transfer From Renault CC DIP (xxxxxx8048) | 600.00 |
| Interest | 0.30 |
| TOTAL RECEIPTS THIS PERIOD: | 11,503.90 |

| | |
|---|---|
| 5. BALANCE: | 18,717.71 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 7,300.00 |
| Disbursements (from page 2) | 4,617.32 |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | 11,917.32 |

| | |
|---|---|
| 7. ENDING BALANCE: | 6,800.39 |

| | |
|---|---|
| 8. General DIP Account Number: | xxxxxx8188 |
| | Wells Fargo Bank, N.A. |
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM GENERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 4/13/2018 | 173 | LA Co Tax Collector | Property Taxes | | 1,100.86 | 1,100.86 |
| 4/13/2018 | 174 | US Trustee | Quarterly Fee | | 650.00 | 650.00 |
| 4/13/2018 | 175 | Debbie Tyrell | Bookkeeping | | 270.00 | 270.00 |
| 4/2/2018 | EFT | 99 Cents Only | Groceries | | 13.29 | 13.29 |
| 4/2/2018 | EFT | Jalidat Inc | Gas | | 31.44 | 31.44 |
| 4/2/2018 | EFT | Lowe's | Repair & Maintenance: Supplies | | 420.24 | 420.24 |
| 4/2/2018 | EFT | Home Depot | Repair & Maintenance: Supplies | | 86.90 | 86.90 |
| 4/2/2018 | EFT | Home Depot | Repair & Maintenance: Supplies | | 43.29 | 43.29 |
| 4/2/2018 | EFT | Lowe's | Repair & Maintenance: Supplies | | 28.42 | 28.42 |
| 4/2/2018 | EFT | Home Depot | Repair & Maintenance: Supplies | | 22.83 | 22.83 |
| 4/2/2018 | EFT | Food 4 Less | Groceries | | 4.96 | 4.96 |
| 4/2/2018 | EFT | Lowe's | Repair & Maintenance: Supplies | | 74.15 | 74.15 |
| 4/4/2018 | EFT | American Modern | Insurance Expense | | 50.83 | 50.83 |
| 4/4/2018 | EFT | American Modern | Insurance Expense | | 60.67 | 60.67 |
| 4/4/2018 | EFT | American Modern | Insurance Expense | | 75.11 | 75.11 |
| 4/4/2018 | EFT | American Modern | Insurance Expense | | 77.83 | 77.83 |
| 4/6/2018 | EFT | Verizon Wireless | Utilities | | 119.24 | 119.24 |
| 4/6/2018 | EFT | So CA Gas | Utilities | | 55.92 | 55.92 |
| 4/9/2018 | EFT | Marisco's | Dining | | 125.36 | 125.36 |
| 4/9/2018 | EFT | 76 | Gas | | 16.07 | 16.07 |
| 4/9/2018 | EFT | Amazon Digital | Entertainment | | 4.99 | 4.99 |
| 4/9/2018 | EFT | Amazon Digital | Entertainment | | 6.99 | 6.99 |
| 4/10/2018 | EFT | Food 4 Less | Groceries | | 78.20 | 78.20 |
| 4/11/2018 | EFT | xxxxxx8105 | Transfer to Delano CC DIP | 1,000.00 | | 1,000.00 |
| 4/11/2018 | EFT | xxxxxx8063 | Transfer to MacLaren CC DIP | 500.00 | | 500.00 |
| 4/11/2018 | EFT | xxxxxx8097 | Transfer to Weidner CC DIP | 5,800.00 | | 5,800.00 |
| 4/11/2018 | EFT | Food 4 Less | Groceries | | 33.17 | 33.17 |
| 4/12/2018 | EFT | Amazon Video | Entertainment | | 19.99 | 19.99 |
| 4/16/2018 | EFT | Amazon Video | Entertainment | | 15.99 | 15.99 |
| 4/16/2018 | EFT | Lowe's | Repair & Maintenance: Supplies | | 74.35 | 74.35 |
| 4/16/2018 | EFT | 99 Cents Only | Groceries | | 9.90 | 9.90 |
| 4/16/2018 | EFT | Adobe Systems | Subscription | | 23.88 | 23.88 |
| 4/16/2018 | EFT | Amazon Marketplace | Household Supplies | | 38.19 | 38.19 |
| 4/16/2018 | EFT | Amazon.com | Household Supplies | | 25.18 | 25.18 |
| 4/17/2018 | EFT | Amazon Marketplace | Household Supplies | | 28.78 | 28.78 |
| 4/17/2018 | EFT | Jalidat Inc | Gas | | 99.98 | 99.98 |
| 4/19/2018 | EFT | Valero Car Wash | Repair & Maintenance: Auto | | 7.00 | 7.00 |
| 4/19/2018 | EFT | FedEx Office | Copies | | 2.49 | 2.49 |
| 4/19/2018 | EFT | American Modern | Insurance Expense | | 143.50 | 143.50 |
| 4/19/2018 | EFT | Costco | Groceries & Household Supplies | | 145.75 | 145.75 |
| 4/20/2018 | EFT | Vonage | Utilities | | 73.18 | 73.18 |
| 4/23/2018 | EFT | Netflix | Entertainment | | 10.99 | 10.99 |
| 4/23/2018 | EFT | 99 Cents Only | Groceries | | 13.79 | 13.79 |
| 4/23/2018 | EFT | In N Out Burger | Dining | | 15.88 | 15.88 |
| 4/26/2018 | EFT | American Mail | Postage | | 15.30 | 15.30 |
| 4/30/2018 | EFT | Denny's | Dining | | 10.93 | 10.93 |
| 4/30/2018 | EFT | Home Depot | Repair & Maintenance: Supplies | | 131.11 | 131.11 |
| 4/30/2018 | EFT | Food 4 Less | Groceries | | 38.15 | 38.15 |
| 4/30/2018 | EFT | 99 Cents Only | Groceries | | 38.89 | 38.89 |
| 4/30/2018 | EFT | In N Out Burger | Dining | | 15.88 | 15.88 |
| 4/30/2018 | EFT | Home Depot | Repair & Maintenance: Supplies | | 167.48 | 167.48 |
| | | | **TOTAL DISBURSEMENTS THIS PERIOD:** | 7,300.00 | 4,617.32 | $11,917.32 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will

## GENERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _4/30/2018_    Balance on Statement: _$6,800.39_

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                    0.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                    $6,800.39

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:                          | CHAPTER 11 (BUSINESS)      |                   |
|---------------------------------|----------------------------|-------------------|
| Samuel James Esworthy           | Case Number:               | 1:16-bk-11985-MT  |
|                                 | Operating Report Number:   | 22                |
| Debtor(s).                      | For the Month Ending:      | 4/30/2018         |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. BEN CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      33,151.00

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          21,074.99
ACCOUNT REPORTS

3. BEGINNING BALANCE:                                        12,076.01

4. RECEIPTS DURING CURRENT PERIOD:
Rent                                           3,350.00
Transfer In From General DIP (xxxxxx8188)          0.00
Interest                                           0.09

TOTAL RECEIPTS THIS PERIOD:                                   3,350.09

5. BALANCE:                                                  15,426.10

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)       4,000.00
Disbursements (from page 2)                         1,997.22

TOTAL DISBURSEMENTS THIS PERIOD:***                           5,997.22

7. ** ENDING BALANCE:                                        9,428.88

8. Ben Cash Collateral DIP Account Number:       xxxxxx8071

|                              | Wells Fargo Bank, N.A.       |
| Depository Name & Location:  | P.O. Box 6995                |
|                              | Portland, OR  97228-6995     |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM BEN CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 4/11/2018 | 124 | LA Co Tax Collector | Property Taxes | | 372.22 | 372.22 |
| 4/11/2018 | 125 | J-Esco | Repair & Maint: Handyman | | 1,625.00 | 1,625.00 |
| 4/11/2018 | EFT | xxxxxx8188 | Transfer to General DIP | 4,000.00 | | 4,000.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | TOTAL DISBURSEMENTS THIS PERIOD: | 4,000.00 | 1,997.22 | $5,997.22 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## BEN CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _4/30/2018_    Balance on Statement: _$9,428.88_

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:    0.00

Bank statement Adjustments:

Explanation of Adjustments-

ADJUSTED BANK BALANCE:    $9,428.88

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 22 |
| Debtor(s). | For the Month Ending: | 4/30/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. DELANO CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          38,560.13

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS          38,279.14

3. BEGINNING BALANCE:          280.99

4. RECEIPTS DURING CURRENT PERIOD:
Rent          0.00
Transfer In From General DIP (xxxxxx8188)          1,000.00
Interest          0.00

TOTAL RECEIPTS THIS PERIOD:          1,000.00

5. BALANCE:          1,280.99

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)          0.00
Disbursements (from page 2)          930.50

TOTAL DISBURSEMENTS THIS PERIOD:***          930.50

7. **ENDING BALANCE:          350.49

8. Delano Cash Collateral DIP Account Number:          xxxxxx8105

| | Wells Fargo Bank, N.A. |
|---|---|
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

* All receipts must be deposited into the general account.

** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM DELANO CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 4/13/2018 | 125 | LA Co Tax Collector | Property Taxes | | 930.50 | 930.50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 930.50 | $930.50 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# DELANO CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date:      4/30/2018      Balance on Statement:      $350.49

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT      0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:      0.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:      $350.49

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 22 |
| Debtor(s). | For the Month Ending: | 4/30/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. INYO CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     18,052.26

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     16,767.56

3. BEGINNING BALANCE:     1,284.70

4. RECEIPTS DURING CURRENT PERIOD:
| | |
|---|---|
| Rent | 0.00 |
| Transfers In From General DIP (xxxxxx8188) | 0.00 |
| Interest | 0.01 |

TOTAL RECEIPTS THIS PERIOD:     0.01

5. BALANCE:     1,284.71

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 514.43 |

TOTAL DISBURSEMENTS THIS PERIOD:***     514.43

7. ** ENDING BALANCE:     770.28

8. Inyo Cash Collateral DIP Account Number:     xxxxxx8055

Depository Name & Location:
Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM INYO CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 4/16/2018 | 125 | LA Co Tax Collector | Property Taxes | | 514.43 | 514.43 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 514.43 | $514.43 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# INYO CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: ___4/30/2018___   Balance on Statement: ___$770.28___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                 | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                | 0.00 |

Bank statement Adjustments:
Explanation of Adjustments- _____

ADJUSTED BANK BALANCE:                                   | $770.28 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 22 |
| Debtor(s). | For the Month Ending: | 4/30/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. MACLAREN CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 15,402.02

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 15,095.23

3. BEGINNING BALANCE: — 306.79

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| General Sales | 0.00 |
| Transfer In From General DIP (xxxxxx8188) | 500.00 |
| Interest | 0.00 |

TOTAL RECEIPTS THIS PERIOD: — 500.00

5. BALANCE: — 806.79

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 410.73 |

TOTAL DISBURSEMENTS THIS PERIOD:*** — 410.73

7. ** ENDING BALANCE: — 396.06

8. Maclaren Cash Collateral DIP Account Number: xxxxxx8063

Depository Name & Location:
Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM MACLAREN CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 4/13/2018 | 123 | LA Co Tax Collector | Property Taxes | | 410.73 | 410.73 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | **TOTAL DISBURSEMENTS THIS PERIOD:** | 0.00 | 410.73 | $410.73 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## MACLAREN CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _4/30/2018_    Balance on Statement: _____ $396.06

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSITS IN TRANSIT**          0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:**          0.00

Bank statement Adjustments: _____

Explanation of Adjustments-

**ADJUSTED BANK BALANCE:**          $396.06

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
| --- | --- | --- |
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 22 |
| Debtor(s). | For the Month Ending: | 4/30/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. MILLBURY CASH COLLATERAL DIP ACCOUNT

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS ........... 27,700.83

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS ........... 13,948.75

3.  BEGINNING BALANCE: ........... 13,752.08

4.  RECEIPTS DURING CURRENT PERIOD:
     Rent — 825.00
     Transfer In From Renault CC DIP (xxxxxx8048) — 0.00
     Interest — 0.09

     TOTAL RECEIPTS THIS PERIOD: — 825.09

5.  BALANCE: — 14,577.17

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
     Transfers to Other DIP Accounts (from page 2) — 5,000.00
     Disbursements (from page 2) — 444.15

     TOTAL DISBURSEMENTS THIS PERIOD:*** — 5,444.15

7.  ** ENDING BALANCE: — 9,133.02

8.  Millbury Cash Collateral DIP Account Number: xxxxxx8089

| Depository Name & Location: | Wells Fargo Bank, N.A. |
| --- | --- |
| | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM MILLBURY CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 4/15/2018 | 125 | LA Co Tax Collector | Property Taxes | | 444.15 | 444.15 |
| 4/11/2018 | EFT | xxxxxx8188 | Transfer to General DIP | 5,000.00 | | 5,000.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 5,000.00 | 444.15 | $5,444.15 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## MILLBURY CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 4/30/2018 | Balance on Statement: | $9,133.02 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL DEPOSITS IN TRANSIT | | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: | 0.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $9,133.02

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 22 |
| Debtor(s). | For the Month Ending: | 4/30/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. RENAULT CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          33,945.57

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS          26,177.94

3. BEGINNING BALANCE:          7,767.63

4. RECEIPTS DURING CURRENT PERIOD:
Rent          1,725.00
Transfer In From General DIP (xxxxxx8188)          0.00
Interest          0.06

   TOTAL RECEIPTS THIS PERIOD:          1,725.06

5. BALANCE:          9,492.69

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)          600.00
Disbursements (from page 2)          2,505.78

   TOTAL DISBURSEMENTS THIS PERIOD:***          3,105.78

7. ** ENDING BALANCE:          6,386.91

8. Renault Cash Collateral DIP Account Number:          xxxxxx8048

| | |
|---|---|
| | Wells Fargo Bank, N.A. |
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM RENAULT CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 4/11/2018 | 124 | LA Co Tax Collector | Property Taxes | | 627.78 | 627.78 |
| 4/11/2018 | 125 | J-Esco | Repair & Maint: Handyman | | 1,878.00 | 1,878.00 |
| 4/11/2018 | EFT | xxxxxx8188 | Transfer to General DIP | 600.00 | | 600.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | TOTAL DISBURSEMENTS THIS PERIOD: | 600.00 | 2,505.78 | $3,105.78 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# RENAULT CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _4/30/2018_    Balance on Statement: _$6,386.91_

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT        | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:        | 0.00 |

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:        | $6,386.91 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Samuel James Esworthy<br><br>Debtor(s). | CHAPTER 11 (BUSINESS) |  |
|---|---|---|
|  | Case Number: | 1:16-bk-11985-MT |
|  | Operating Report Number: | 22 |
|  | For the Month Ending: | 4/30/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. WEIDNER CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 17,058.13

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 16,045.05

3. BEGINNING BALANCE: — 1,013.08

4. RECEIPTS DURING CURRENT PERIOD:
   Rent — 0.00
   Transfer In From General DIP (xxxxxx8188) — 5,800.00
   Interest — 0.01

   TOTAL RECEIPTS THIS PERIOD: — 5,800.01

5. BALANCE: — 6,813.09

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2) — 0.00
   Disbursements (from page 2) — 5,837.26

   TOTAL DISBURSEMENTS THIS PERIOD:*** — 5,837.26

7. ** ENDING BALANCE: — 975.83

8. Weidner Cash Collateral DIP Account Number: xxxxxx8097

   Depository Name & Location:
   Wells Fargo Bank, N.A.
   P.O. Box 6995
   Portland, OR 97228-6995

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM WEIDNER CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 4/11/2018 | 126 | LA Co Tax Collector | Property Taxes | | 246.26 | 246.26 |
| 4/11/2018 | 127 | J-Esco | Repair & Maint: Handyman | | 5,591.00 | 5,591.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 5,837.26 | $5,837.26 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# WEIDNER CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

**Bank statement Date:** 4/30/2018    **Balance on Statement:** $975.83

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

**TOTAL DEPOSITS IN TRANSIT**    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:**    0.00

**Bank statement Adjustments:**

**Explanation of Adjustments-**

**ADJUSTED BANK BALANCE:**    $975.83

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment