UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 23 |
| Debtor(s). | For the Month Ending: | 5/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. GENERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS   194,419.33

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS   187,618.94

3. BEGINNING BALANCE:   6,800.39

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Accounts Receivable - Post-filing | 0.00 |
| Social Security Income | 2,247.00 |
| Transfer from Millbury CC DIP (xxxxxx8089) | 200.00 |
| Transfer from Ben CC DIP (xxxxxx8071) | 300.00 |
| Interest | 0.13 |

TOTAL RECEIPTS THIS PERIOD:   2,747.13

5. BALANCE:   9,547.52

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 8,679.18 |

TOTAL DISBURSEMENTS THIS PERIOD:***   8,679.18

7. ENDING BALANCE:   868.34

8. General DIP Account Number:  xxxxxx8188

Depository Name & Location:
Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold. to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 5/4/2018 | 177 | LA DWP | Utilities: Water & Power | | 243.66 | 243.66 |
| 5/22/2018 | 178 | Debbie Tyrell | Bookkeeping | | 337.50 | 337.50 |
| | | | | | | |
| 5/1/2018 | EFT | Amazon Video | Entertainment | | 19.99 | 19.99 |
| 5/2/2018 | EFT | American Modern | Insurance Expense | | 67.25 | 67.25 |
| 5/3/2018 | EFT | American Modern | Insurance Expense | | 50.83 | 50.83 |
| 5/3/2018 | EFT | American Modern | Insurance Expense | | 60.67 | 60.67 |
| 5/3/2018 | EFT | American Modern | Insurance Expense | | 75.11 | 75.11 |
| 5/3/2018 | EFT | American Modern | Insurance Expense | | 77.83 | 77.83 |
| 5/7/2018 | EFT | Subway | Dining | | 7.79 | 7.79 |
| 5/7/2018 | EFT | Jalidat Inc | Gas | | 99.98 | 99.98 |
| 5/7/2018 | EFT | Home Depot | Repair & Maintenance: Supplies | | 282.21 | 282.21 |
| 5/8/2018 | EFT | Costco | Groceries & Household Supplies | | 318.55 | 318.55 |
| 5/9/2018 | EFT | Home Depot | Repair & Maintenance: Supplies | | 134.37 | 134.37 |
| 5/9/2018 | EFT | Food 4 Less | Groceries | | 37.49 | 37.49 |
| 5/11/2018 | EFT | Business Machines | Repair & Maintenance: Computer | | 335.00 | 335.00 |
| 5/14/2018 | EFT | Amazon Digital | Entertainment | | 9.99 | 9.99 |
| 5/15/2018 | EFT | Frontier Commnctns | Utilities | | 269.92 | 269.92 |
| 5/15/2018 | EFT | Paypal | Clothing | | 16.38 | 16.38 |
| 5/15/2018 | EFT | Paypal | Wallet | | 12.79 | 12.79 |
| 5/15/2018 | EFT | Paypal | Entertainment | | 39.99 | 39.99 |
| 5/15/2018 | EFT | Paypal | Entertainment | | 7.92 | 7.92 |
| 5/15/2018 | EFT | Paypal | Luggage | | 35.74 | 35.74 |
| 5/15/2018 | EFT | Paypal | Tool for Work | | 129.99 | 129.99 |
| 5/15/2018 | EFT | Maria Dizon DDS | Dental Expense | | 145.00 | 145.00 |
| 5/15/2018 | EFT | Maria Dizon DDS | Dental Expense | | 4,138.00 | 4,138.00 |
| 5/15/2018 | EFT | Jalidat Inc | Gas | | 43.35 | 43.35 |
| 5/16/2018 | EFT | Amazon Digital | Entertainment | | 6.99 | 6.99 |
| 5/17/2018 | EFT | American Modern | Insurance Expense | | 144.50 | 144.50 |
| 5/18/2018 | EFT | CVS Pharmacy | Prescriptions | | 312.04 | 312.04 |
| 5/21/2018 | EFT | Vonage | Utilities | | 73.18 | 73.18 |
| 5/22/2018 | EFT | Netflix | Entertainment | | 10.99 | 10.99 |
| 5/24/2018 | EFT | Amazon Video | Entertainment | | 14.99 | 14.99 |
| 5/25/2018 | EFT | Food 4 Less | Groceries | | 80.49 | 80.49 |
| 5/25/2018 | EFT | Sepulveda Lawn Mow | Repair & Maint: Lawn Mower | | 351.69 | 351.69 |
| 5/25/2018 | EFT | CVS Pharmacy | Prescriptions | | 45.02 | 45.02 |
| 5/29/2018 | EFT | Home Depot | Repair & Maintenance: Supplies | | 19.45 | 19.45 |
| 5/29/2018 | EFT | Lowe's | Repair & Maintenance: Supplies | | 44.28 | 44.28 |
| 5/29/2018 | EFT | Jalidat Inc | Gas | | 66.21 | 66.21 |
| 5/29/2018 | EFT | USPS | Postage | | 7.30 | 7.30 |
| 5/29/2018 | EFT | USPS | Stamps | | 50.00 | 50.00 |
| 5/29/2018 | EFT | American Mail | Postage | | 14.00 | 14.00 |
| 5/30/2018 | EFT | Verizon Wireless | Utilities | | 119.03 | 119.03 |
| 5/30/2018 | EFT | Amazon Video | Entertainment | | 12.97 | 12.97 |
| 5/30/2018 | EFT | Costco | Groceries & Household Supplies | | 177.53 | 177.53 |
| 5/30/2018 | EFT | Amazon Video | Entertainment | | 16.99 | 16.99 |
| 5/30/2018 | EFT | CVS Pharmacy | Prescriptions | | 46.56 | 46.56 |
| 5/31/2018 | EFT | American Modern | Insurance Expense | | 67.67 | 67.67 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 8,679.18 | $8,679.18 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (i.e. Payroll or Tax): the "amount" column will be filled in for you.

# GENERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 5/31/2018 | Balance on Statement: | $868.34 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |

| **TOTAL DEPOSITS IN TRANSIT** | | | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| **TOTAL OUTSTANDING CHECKS:** | | | 0.00 |

Bank statement Adjustments:

Explanation of Adjustments-

**ADJUSTED BANK BALANCE:** $868.34

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 23 |
| Debtor(s). | For the Month Ending: | 5/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. BEN CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          36,501.09

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS          27,072.21

3. BEGINNING BALANCE:          9,428.88

4. RECEIPTS DURING CURRENT PERIOD:
Rent          0.00
Transfer In From General DIP (xxxxxx8188)          0.00
Interest          0.08

TOTAL RECEIPTS THIS PERIOD:          0.08

5. BALANCE:          9,428.96

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)          300.00
Disbursements (from page 2)          0.00

TOTAL DISBURSEMENTS THIS PERIOD:***          300.00

7. ** ENDING BALANCE:          9,128.96

8. Ben Cash Collateral DIP Account Number:          xxxxxx8071

| | Wells Fargo Bank, N.A. |
|---|---|
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM BEN CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 5/29/2018 | EFT | xxxxxx8188 | Transfer to General DIP | 300.00 | | 300.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 300.00 | 0.00 | $300.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# BEN CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____5/31/2018_____ Balance on Statement: _____$9,128.96

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT | | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS: | | | 0.00

Bank statement Adjustments: _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE: | | | $9,128.96

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 23 |
| Debtor(s). | For the Month Ending: | 5/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. DELANO CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      39,560.13

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS      39,209.64

3. BEGINNING BALANCE:      350.49

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Rent | 0.00 |
| Transfer In From General DIP (xxxxxx8188) | 0.00 |
| Interest | 0.00 |

     TOTAL RECEIPTS THIS PERIOD:      0.00

5. BALANCE:      350.49

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 0.00 |

     TOTAL DISBURSEMENTS THIS PERIOD:***      0.00

7. **ENDING BALANCE:      350.49

8. Delano Cash Collateral DIP Account Number:      xxxxxx8105

| Depository Name & Location: | Wells Fargo Bank, N.A. |
|---|---|
| | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM DELANO CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# DELANO CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _5/31/2018_    Balance on Statement: _$350.49_

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

TOTAL DEPOSITS IN TRANSIT    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TOTAL OUTSTANDING CHECKS:    0.00

Bank statement Adjustments:

Explanation of Adjustments-

ADJUSTED BANK BALANCE:    $350.49

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 23 |
| Debtor(s). | For the Month Ending: | 5/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. INYO CASH COLLATERAL DIP ACCOUNT

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 18,052.27 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 17,281.99 |
| 3. BEGINNING BALANCE: | | 770.28 |

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Rent | 0.00 | |
| Transfers In From General DIP (xxxxxx8188) | 0.00 | |
| Interest | 0.00 | |
| TOTAL RECEIPTS THIS PERIOD: | | 0.00 |

| | |
|---|---|
| 5. BALANCE: | 770.28 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 | |
| Disbursements (from page 2) | 37.19 | |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | | 37.19 |

| | |
|---|---|
| 7. ** ENDING BALANCE: | 733.09 |

| | | |
|---|---|---|
| 8. Inyo Cash Collateral DIP Account Number: | xxxxxx8055 | |
| | Wells Fargo Bank, N.A. | |
| Depository Name & Location: | P.O. Box 6995 | |
| | Portland, OR 97228-6995 | |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM INYO CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 5/8/2018 | 126 | La Puente County | Utilities | | 37.19 | 37.19 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 37.19 | $37.19 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## INYO CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 5/31/2018 | Balance on Statement: | $733.09 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                    0.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                    $733.09

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 23 |
| Debtor(s). | For the Month Ending: | 5/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. MACLAREN CASH COLLATERAL DIP ACCOUNT

| | |
|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 15,902.02 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 15,505.96 |
| 3. BEGINNING BALANCE: | 396.06 |

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| General Sales | 0.00 |
| Transfer In From General DIP (xxxxxx8188) | 0.00 |
| Interest | 0.00 |
| TOTAL RECEIPTS THIS PERIOD: | 0.00 |

| | |
|---|---|
| 5. BALANCE: | 396.06 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | 0.00 |

| | |
|---|---|
| 7. ** ENDING BALANCE: | 396.06 |

| | |
|---|---|
| 8. Maclaren Cash Collateral DIP Account Number: | xxxxxx8063 |
| | Wells Fargo Bank, N.A. |
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM MACLAREN CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## MACLAREN CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 5/31/2018 | Balance on Statement: | $396.06 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| **TOTAL DEPOSITS IN TRANSIT** | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| **TOTAL OUTSTANDING CHECKS:** | | | 0.00 |
|---|---|---|---|

Bank statement Adjustments:
Explanation of Adjustments-

| **ADJUSTED BANK BALANCE:** | | | $396.06 |
|---|---|---|---|

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 23 |
| Debtor(s). | For the Month Ending: | 5/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. MILLBURY CASH COLLATERAL DIP ACCOUNT

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 28,525.92 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 19,392.90 |
| 3. BEGINNING BALANCE: | | 9,133.02 |

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Rent | 2,475.08 | |
| Transfer In From Renault CC DIP (xxxxxx8048) | 0.00 | |
| Interest | 0.08 | |
| TOTAL RECEIPTS THIS PERIOD: | | 2,475.16 |

| | |
|---|---|
| 5. BALANCE: | 11,608.18 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---|---|
| Transfers to Other DIP Accounts (from page 2) | 200.00 | |
| Disbursements (from page 2) | 0.00 | |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | | 200.00 |

| | |
|---|---|
| 7. ** ENDING BALANCE: | 11,408.18 |

| | | |
|---|---|---|
| 8. Millbury Cash Collateral DIP Account Number: | xxxxxx8089 | |
| | Wells Fargo Bank, N.A. | |
| Depository Name & Location: | P.O. Box 6995 | |
| | Portland, OR 97228-6995 | |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM MILLBURY CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 5/29/2018 | EFT | xxxxxx8188 | Transfer from General DIP | 200.00 | | 200.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 200.00 | 0.00 | $200.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# MILLBURY CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 5/31/2018 | Balance on Statement: | $11,408.10 |

**Plus deposits in transit (a):**

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL DEPOSITS IN TRANSIT**     0.00

**Less Outstanding Checks (a):**

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:**     0.00

**Bank statement Adjustments:**
**Explanation of Adjustments-**

**ADJUSTED BANK BALANCE:**     $11,408.10

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 23 |
| Debtor(s). | For the Month Ending: | 5/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. RENAULT CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 35,670.63

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 29,283.72

3. BEGINNING BALANCE: — 6,386.91

4. RECEIPTS DURING CURRENT PERIOD:
   Rent — 3,012.00
   Transfer In From General DIP (xxxxxx8188) — 0.00
   Interest — 0.05

   TOTAL RECEIPTS THIS PERIOD: — 3,012.05

5. BALANCE: — 9,398.96

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2) — 0.00
   Disbursements (from page 2) — 0.00

   TOTAL DISBURSEMENTS THIS PERIOD:*** — 0.00

7. ** ENDING BALANCE: — 9,398.96

8. Renault Cash Collateral DIP Account Number: — xxxxxx8048

   Depository Name & Location:
   Wells Fargo Bank, N.A.
   P.O. Box 6995
   Portland, OR 97228-6995

---

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM RENAULT CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## RENAULT CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| | Bank statement Date: | 5/31/2018 | Balance on Statement: | $9,398.96 |
|---|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL DEPOSITS IN TRANSIT**              0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:**              0.00

Bank statement Adjustments:
Explanation of Adjustments-

**ADJUSTED BANK BALANCE:**              $9,398.96

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 23 |
| Debtor(s). | For the Month Ending: | 5/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. WEIDNER CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     22,858.14

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     21,882.31

3. BEGINNING BALANCE:     975.83

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Rent | 0.00 |
| Transfer In From General DIP (xxxxxx8188) | 0.00 |
| Interest | 0.01 |

    TOTAL RECEIPTS THIS PERIOD:     0.01

5. BALANCE:     975.84

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 0.00 |

    TOTAL DISBURSEMENTS THIS PERIOD:***     0.00

7. ** ENDING BALANCE:     975.84

8. Weidner Cash Collateral DIP Account Number:     xxxxxx8097

| | |
|---|---|
| | Wells Fargo Bank, N.A. |
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM WEIDNER CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# WEIDNER CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 5/31/2018 | Balance on Statement: | $975.84 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL DEPOSITS IN TRANSIT** | | | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTAL OUTSTANDING CHECKS:** | | | 0.00 |

Bank statement Adjustments:

Explanation of Adjustments–

**ADJUSTED BANK BALANCE:** $975.84

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment



WELLS FARGO

# Portfolio By Wells Fargo®

Questions? Please contact us:

**Wells Fargo Premier Banking Team** <sup>SM</sup>
Available 24 hours a day, 7 days a week
Telecommunications Relay Services calls accepted
*Phone:* **1-800-742-4932** , *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932
華語 1-800-288-2288 (6 am to 7 pm PT, M-F)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

SAMUEL JAMES ESWORTHY
GENERAL ACCOUNT
DEBTOR IN POSSESSION
CH.11 CASE#16-11985 (CCA)
8526 KESTER AVE
PANORAMA CITY CA 91402-2723

## May 31, 2018

| Total assets: | $33,259.84 |
|---|---|
| Last month: | $34,241.86 |
| Change in $: | $(982.02) |
| Change in %: | (2.87)% |

| Total liabilities: | $911,218.18 |
|---|---|
| Last month: | $911,218.18 |
| Change in $: | $0.00 |
| Change in %: | 0.00% |

| Qualifying Balance : | $124,381.64 |
|---|---|
| Deposit Balance : | $33,259.84 |

**Contents**

Overview. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2
Wells Fargo Portfolio Checking. . . . . . . . . . . . . . . .4
Other Checking/Prepaid (7). . . . . . . . . . . . . . . . . .7
Home Mortgage (3). . . . . . . . . . . . . . . . . . . . . . . .14



# Your Portfolio by Wells Fargo overview

## Assets

| Account (Account Number) | | Percent of total | Balance last month ($) | Balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|---|
| Wells Fargo Portfolio Checking | 8188) | 3% | 6,800.39 | 868.34 | (5,932.05) | (87.23)% |
| Wells Fargo® Preferred Checking | 8048) | 28% | 6,386.91 | 9,398.96 | 3,012.05 | 47.16% |
| Wells Fargo® Preferred Checking | 8055) | 2% | 770.28 | 733.09 | (37.19) | (4.83)% |
| Wells Fargo® Preferred Checking | 8063) | 1% | 396.06 | 396.06 | 0.00 | 0.00% |
| Wells Fargo® Preferred Checking | 8071) | 27% | 9,428.88 | 9,128.96 | (299.92) | (3.18)% |
| Wells Fargo® Preferred Checking | 8089) | 34% | 9,133.02 | 11,408.10 | 2,275.08 | 24.91% |
| Wells Fargo® Preferred Checking | 8097) | 3% | 975.83 | 975.84 | 0.01 | 0.00% |
| Wells Fargo® Preferred Checking | 8105) | 1% | 350.49 | 350.49 | 0.00 | 0.00% |
| | **Total assets** | | **$34,241.86** | **$33,259.84** | **($982.02)** | **(2.87)%** |

**Total asset allocation (by account type)**



Checking/ Prepaid: 100%

## Liabilities

| Account (Account Number) | | Percent of total | Outstanding balance last month ($) | Outstanding balance this month ($) | Increase/ decrease ($) | Percent change |
|---|---|---|---|---|---|---|
| Home Mortgage | 3868) | 32% | 295,575.49 | 295,575.49 | 0.00 | 0.00% |
| Home Mortgage | 7075) | 37% | 335,442.24 | 335,442.24 | 0.00 | 0.00% |
| Home Mortgage | 8891) | 31% | 280,200.45 | 280,200.45 | 0.00 | 0.00% |
| | **Total liabilities** | | **$911,218.18** | **$911,218.18** | **$0.00** | **0.00%** |

**Total liability allocation (by account type)**



Home Mortgage: 100%

## Interest, dividends and other income

The information below should not be used for tax planning purposes.

| Account | | This month | This year |
|---|---|---|---|
| Wells Fargo Portfolio Checking | 8188) | 0.13 | 1.52 |
| Wells Fargo® Preferred Checking | 8048) | 0.05 | 0.29 |



**WELLS FARGO**

⏩ **Your Portfolio by Wells Fargo** overview (continued)

| Account | | This month | This year |
|---|---|---|---|
| Wells Fargo® Preferred Checking | 3055) | 0.00 | 0.09 |
| Wells Fargo® Preferred Checking | 3071) | 0.08 | 0.42 |
| Wells Fargo® Preferred Checking | 3080) | 0.08 | 0.43 |
| Wells Fargo® Preferred Checking | 3097) | 0.01 | 0.05 |
| **Total interest, dividends and other income** | | **$0.35** | **$2.80** |

**Important Account Information**

Beginning July 11, 2018, a Portfolio by Wells Fargo relationship can only have one primary Wells Fargo Portfolio Checking account linked to the program. Any additional checking accounts that may be designated as a primary account in the program (Wells Fargo Portfolio Checking or Wells Fargo Prime Checking) and are linked to a Portfolio by Wells Fargo program will be converted to a Wells Fargo Preferred Checking account and remain linked to your Portfolio by Wells Fargo program. Please see the Consumer Fee and Information Schedule for more information about the Wells Fargo Preferred Checking account which can be found at wellsfargo.com/online-banking/consumer-account-fees.

**Important Account Information**

"Your Portfolio by Wells Fargo overview" section of your statement is provided for informational and convenience purposes. The balances in the Overview section may not match your statement of record for credit and brokerage products due to differences in statement periods between this statement and the statement for your credit and/or brokerage products. The Overview shows activity and information from (1) deposit, credit, trust and foreign exchange accounts with Wells Fargo Bank, N.A., and (2) brokerage accounts with Wells Fargo Clearing Services, LLC, Wells Fargo Advisors Financial Network, LLC, Wells Fargo Securities, LLC, (Members SIPC); brokerage accounts are carried and cleared through Wells Fargo Clearing Services, LLC; (3) Wells Fargo Funds Management, LLC provides investment advisory and administrative services for Wells Fargo Funds; other affiliates provide subadvisory and other services for the Funds; and (4) insurance products offered through non-bank insurance agency affiliates of Wells Fargo & Company and underwritten by unaffiliated insurance companies.

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

Please Note: Some benefits for accounts linked to your Portfolio by Wells Fargo program begin in the month following the open date of your Portfolio by Wells Fargo program. For example, if you open a new Portfolio by Wells Fargo program or link existing accounts to a new Portfolio by Wells Fargo program on May 15, 2018, not all benefits are available until June 1, 2018. Please see pages 7 and 8 of the Consumer Account Fee and Information Schedule for a detailed list of benefits.

185145



# Wells Fargo Portfolio Checking

## Activity summary

| | |
|---|---|
| Balance on 5/1 | 6,800.39 |
| Deposits/Additions | 2,747.13 |
| Withdrawals/Subtractions | - 8,679.18 |
| **Balance on 5/31** | **$868.34** |

Account number: 8188

**SAMUEL JAMES ESWORTHY**
**GENERAL ACCOUNT**
**DEBTOR IN POSSESSION**
**CH.11 CASE#16-11985 (CCA)**

*Wells Fargo Bank, N.A. (Member FDIC)*

*CALIFORNIAaccount terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.13 |
| Average collected balance this month | $3,878.14 |
| Annual percentage yield earned | 0.04% |
| Interest paid this year | $1.52 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | **Beginning balance on 5/1** | | | | 6,800.39 |
| 5/1 | Purchase Authorized On 04/30 Amazon Video On DE Amzn.Com/Bill WA S388121085297059 Card 1313 | | | 19.99 | 6,780.40 |
| 5/2 | Purchase Authorized On 05/01 Ammodern Insurance 800-5432644 OH S388121388864990 Card 1313 | | | 67.25 | 6,713.15 |
| 5/3 | Purchase Authorized On 05/02 Ammodern Insurance 800-5432644 OH S588122385611796 Card 1313 | | | 50.83 | |
| 5/3 | Purchase Authorized On 05/02 Ammodern Insurance 800-5432644 OH S388122387693141 Card 1313 | | | 60.67 | |
| 5/3 | Purchase Authorized On 05/02 Ammodern Insurance 800-5432644 OH S388122390409038 Card 1313 | | | 75.11 | |
| 5/3 | Purchase Authorized On 05/02 Ammodern Insurance 800-5432644 OH S388122390845724 Card 1313 | | | 77.83 | 6,448.71 |
| 5/4 | Check | 177 | | 243.66 | 6,205.05 |
| 5/7 | Purchase Authorized On 05/03 Subway 0028 North Hills CA S468123761498994 Card 1313 | | | 7.79 | |
| 5/7 | Purchase Authorized On 05/05 Jalidat Inc North Hills CA P00468125645665413 Card 1313 | | | 99.98 | |
| 5/7 | Purchase Authorized On 05/05 The Home Depot #0609 San Fernando CA P00588125706412790 Card 1313 | | | 282.21 | 5,815.07 |
| 5/8 | Purchase Authorized On 05/08 Costco Whse #0048 Van Nuys CA P00308128714715782 Card 1313 | | | 318.55 | 5,496.52 |
| 5/9 | SSA Treas 310 Xxsoc Sec 050918 Xxxxx2311A SSA Samuel J Esworthy | | 2,247.00 | | |
| 5/9 | Purchase Authorized On 05/09 The Home Depot #6644 Panorama City CA P00388129829630612 Card 1313 | | | 134.37 | |
| 5/9 | Purchase Authorized On 05/09 Food4Less 8530 Tobias Panorama City CA P00000000877539436 Card 1313 | | | 37.49 | 7,571.66 |
| 5/11 | Purchase Authorized On 05/09 Business Machines Woodland Hill CA S308129622895560 Card 1313 | | | 335.00 | 7,236.66 |
| 5/14 | Purchase Authorized On 05/11 Amazon Digital Svc 888-802-3080 WA S388132046127350 Card 1313 | | | 9.99 | 7,226.67 |
| 5/15 | Purchase Authorized On 05/13 Fsi*Frontier 800-921-8101 CT S588133709121385 Card 1313 | | | 269.92 | |
| 5/15 | Purchase Authorized On 05/14 Paypal *Artofdeals 402-935-7733 CA S588134531947963 Card 1313 | | | 16.38 | |
| 5/15 | Purchase Authorized On 05/14 Paypal *Agwallets 402-935-7733 CA S588134531971618 Card 1313 | | | 12.79 | |



■➡ **Wells Fargo Portfolio Checking** (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|------|-------------|-----------|---------------------|---------------------------|----------------------|
| 5/15 | Purchase Authorized On 05/14 Paypal *Choosesmar 402-935-7733 CA S388134532008980 Card 1313 | | | 39.99 | |
| 5/15 | Purchase Authorized On 05/14 Paypal *Spectacula 402-935-7733 CA S388134532031784 Card 1313 | | | 7.92 | |
| 5/15 | Purchase Authorized On 05/14 Paypal *Ek Luggage 402-935-7733 CA S388134532054480 Card 1313 | | | 35.74 | |
| 5/15 | Purchase Authorized On 05/14 Paypal *Sanven Cor 402-935-7733 CA S588134532072647 Card 1313 | | | 129.99 | |
| 5/15 | Purchase Authorized On 05/14 Maria C Dizon DDS Canoga Park CA S388134817517180 Card 1313 | | | 145.00 | |
| 5/15 | Purchase Authorized On 05/14 Maria C Dizon DDS Canoga Park CA S308134856656130 Card 1313 | | | 4,138.00 | |
| 5/15 | Purchase Authorized On 05/15 Jalidat Inc North Hills CA P00388135581501542 Card 1313 | | | 43.35 | 2,387.59 |
| 5/16 | Purchase Authorized On 05/15 Amazon Digital Svc 888-802-3080 WA S388135310575694 Card 1313 | | | 6.99 | 2,380.60 |
| 5/17 | Purchase Authorized On 05/16 Ammodern Insurance 800-5432644 OH S308136406158787 Card 1313 | | | 144.50 | 2,236.10 |
| 5/18 | Purchase Authorized On 05/18 Cvs/Pharmacy #09 09625--9 Arleta CA P00468138853331263 Card 1313 | | | 312.04 | 1,924.06 |
| 5/21 | Recurring Payment Authorized On 05/18 Vonage *Price+Taxe 866-243-4357 NJ S588139236886414 Card 1313 | | | 73.18 | 1,850.88 |
| 5/22 | Recurring Payment Authorized On 05/21 Netflix.Com Netflix.Com CA S388141466566140 Card 1313 | | | 10.99 | |
| 5/22 | Check | 178 | | 337.50 | 1,502.39 |
| 5/24 | Purchase Authorized On 05/23 Amazon Video On DE Amzn.Com/Bill WA S308143863948581 Card 1313 | | | 14.99 | 1,487.40 |
| 5/25 | Purchase Authorized On 05/24 Food4Less 8530 Tobias Panorama City CA P00000000573105831 Card 1313 | | | 80.49 | |
| 5/25 | Purchase Authorized On 05/25 Sepulveda Lawn Mower S Van Nuys CA P00000000036522649 Card 1313 | | | 351.69 | |
| 5/25 | Purchase Authorized On 05/25 Cvs/Pharmacy #09 09625--9 Arleta CA P00468145805966109 Card 1313 | | | 45.02 | 1,010.20 |
| 5/29 | Online Transfer From Esworthy S Preferred Checking Xxxxxx8071 Ref #Ib04N8Bgh8 On 05/29/18 | | 300.00 | | |
| 5/29 | Online Transfer From Esworthy S Preferred Checking Xxxxxx8089 Ref #Ib04N8Bj2V On 05/29/18 | | 200.00 | | |
| 5/29 | Purchase Authorized On 05/27 The Home Depot #0609 San Fernando CA P00388147761511255 Card 1313 | | | 19.45 | |
| 5/29 | Purchase Authorized On 05/27 Lowe's #1852 Pacoima CA P00468147810978106 Card 1313 | | | 44.28 | |
| 5/29 | Purchase Authorized On 05/27 Jalidat Inc North Hills CA P00388148000130144 Card 1313 | | | 66.21 | |
| 5/29 | Purchase Authorized On 05/29 USPS PO 05811504 14416 Ch Panorama City CA P0046814982765097O Card 1313 | | | 7.30 | |
| 5/29 | Purchase Authorized On 05/29 USPS PO 05811504 14416 Ch Panorama City CA P00308149829206242 Card 1313 | | | 50.00 | |
| 5/29 | Purchase Authorized On 05/29 American Mail & Parcel SE Panorama Ci CA P00308149836036010 Card 1313 | | | 14.00 | 1,308.96 |
| 5/30 | Purchase Authorized On 05/28 Verizon Wrl My Acc 800-9220204 CA S468149019649457 Card 1313 | | | 119.03 | |
| 5/30 | Purchase Authorized On 05/29 Amazon Video On DE Amzn.Com/Bill WA S58814937169851l Card 1313 | | | 12.97 | |
| 5/30 | Purchase Authorized On 05/29 Costco Whse #0048 Van Nuys CA P00558150056455526 Card 1313 | | | 177.53 | |
| 5/30 | Purchase Authorized On 05/29 Amazon Video On DE Amzn.Com/Bill WA S388150146765868 Card 1313 | | | 16.99 | |
| 5/30 | Purchase Authorized On 05/30 Cvs/Pharmacy #09 09625--9 Arleta CA P00308151031732847 Card 1313 | | | 46.56 | 935.88 |

185147



**WELLS FARGO**

## ⇛ Wells Fargo Portfolio Checking (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|------|-------------|-----------|---------------------|---------------------------|----------------------|
| 5/31 | Purchase Authorized On 05/30 Ammodern Insurance 800-5432644 OH S468150390985904 Card 1313 | | | 67.67 | |
| 5/31 | Interest Payment | | 0.13 | | 868.34 |
| | Ending balance on 5/31 | | | | 868.34 |
| **Totals** | | | **$2,747.13** | **$8,679.18** | |

**Summary of checks written**   (checks listed are also displayed in the preceding Transaction history section)

| Number | Date | $ Amount | Number | Date | $ Amount |
|--------|------|----------|--------|------|----------|
| 177 | 5/4 | 243.66 | 178 | 5/22 | 337.50 |

---

**Important Account Information**

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. The Bank will assess no more than a total of $250 in legal process fees per account, per calendar month. Please note that the calendar month may not coincide with your statement cycle.

---

**Important Account Information**

As a reminder, Portfolio by Wells Fargo monthly service fees are calculated using the combined month end balances of all qualifying accounts linked to your Portfolio by Wells Fargo relationship. If you do not meet the minimum balance requirements*, the standard monthly service fee of $30 will be assessed to your primary checking account on the 3rd business day following month end. This fee will appear in the transaction history section for the primary checking account on your next month end statement.

*$25,000 in any combination of qualifying linked bank deposit accounts (checking, savings, time accounts (CDs) FDIC-insured IRAs) or $50,000 in any combination of qualifying linked bank, brokerage (available through our brokerage affiliate Wells Fargo Advisors and credit balances (including 10% of mortgage balances, certain mortgages not eligible).

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

185148


**WELLS FARGO**

# Wells Fargo® Preferred Checking

## Activity summary

| | |
|---|---|
| Balance on 5/1 | 6,386.91 |
| Deposits/Additions | 3,012.05 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 5/31** | **$9,398.96** |

Account number: **8048**

**SAMUEL JAMES ESWORTHY**
**RENAULT CASH COLL.**
**DEBTOR IN POSSESSION**
**CH.11 CASE#16-11985 (CCA)**

*Wells Fargo Bank, N.A. (Member FDIC)*

*CALIFORNIAaccount terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.05 |
| Average collected balance this month | $6,581.23 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.29 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| **Beginning balance on 5/1** | | | | | 6,386.91 |
| 5/29 | Deposit Made In A Branch/Store | | 3,012.00 | | 9,398.91 |
| 5/31 | Interest Payment | | 0.05 | | 9,398.96 |
| **Ending balance on 5/31** | | | | | 9,398.96 |
| **Totals** | | | **$3,012.05** | **$0.00** | |


**WELLS FARGO**

# Wells Fargo® Preferred Checking

### Activity summary

| | |
|---|---|
| Balance on 5/1 | 770.28 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 37.19 |
| **Balance on 5/31** | **$733.09** |

Account number:  **8055**

**SAMUEL JAMES ESWORTHY**
**INYO CASH COLL**
**DEBTOR IN POSSESSION**
**CH.11 CASE#16-11985 (CCA)**

*Wells Fargo Bank, N.A. (Member FDIC)*

*CALIFORNIA account terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

### Interest you've earned

| | |
|---|---|
| Interest paid on 5/31 | $0.00 |
| Average collected balance this month | $741.48 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.09 |

### Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 5/1 | | | | 770.28 |
| 5/8 | LA Puente County Checkpaymt 180507 00126 | ^126 | | 37.19 | 733.09 |
| | Ending balance on 5/31 | | | | 733.09 |
| **Totals** | | | **$0.00** | **$37.19** | |

**Key to symbols:** ^ **Converted check:** *Paper check converted to an electronic format by your payee or designated representative. Converted checks cannot be returned, copied or imaged.*

**Summary of checks written**  *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount |
|---|---|---|
| 126 | 5/8 | 37.19 |

185150


**WELLS FARGO**

# Wells Fargo® Preferred Checking

## Activity summary

| | |
|---|---|
| Balance on 5/1 | 396.06 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 5/31** | **$396.06** |

Account number: 8063

**SAMUEL JAMES ESWORTHY**
**MACLAREN CASH COLL**
**DEBTOR IN POSSESSION**
**CH.11 CASE#16-11985 (CCA)**

*Wells Fargo Bank, N.A. (Member FDIC)*

*CALIFORNIAaccount terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest paid on 5/31 | $0.00 |
| Average collected balance this month | $396.06 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.00 |

185151


**WELLS FARGO**

# Wells Fargo® Preferred Checking

## Activity summary

| | |
|---|---|
| Balance on 5/1 | 9,428.88 |
| Deposits/Additions | 0.08 |
| Withdrawals/Subtractions | - 300.00 |
| **Balance on 5/31** | **$9,128.96** |

Account number: 8071

**SAMUEL JAMES ESWORTHY**
**BEN CASH COLL**
**DEBTOR IN POSSESSION**
**CH.11 CASE#16-11985 (CCA)**

*Wells Fargo Bank, N.A.(Member FDIC)*

*CALIFORNIAaccount terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.08 |
| Average collected balance this month | $9,399.84 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.42 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | **Beginning balance on 5/1** | | | | **9,428.88** |
| 5/29 | Online Transfer to Esworthy S Portfolio Checking Xxxxxx8188 Ref #Ib04N8Bgh8 On 05/29/18 | | | 300.00 | 9,128.88 |
| 5/31 | Interest Payment | | 0.08 | | 9,128.96 |
| | **Ending balance on 5/31** | | | | **9,128.96** |
| **Totals** | | | **$0.08** | **$300.00** | |

185152



# Wells Fargo® Preferred Checking

## Activity summary

| | |
|---|---|
| Balance on 5/1 | 9,133.02 |
| Deposits/Additions | 2,475.08 |
| Withdrawals/Subtractions | - 200.00 |
| **Balance on 5/31** | **$11,408.10** |

Account number: **8089**

**SAMUEL JAMES ESWORTHY**
**MILLBURY CASH COLL**
**DEBTOR IN POSSESSION**
**CH.11 CASE#16-11985 (CCA)**

*Wells Fargo Bank, N.A. (Member FDIC)*

*CALIFORNIA account terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.08 |
| Average collected balance this month | $9,273.34 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.43 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 5/1 | | | | 9,133.02 |
| 5/29 | Deposit Made In A Branch/Store | | 2,475.00 | | |
| 5/29 | Online Transfer to Esworthy S Portfolio Checking Xxxxxx8188 Ref #Ib04N8Bj2V On 05/29/18 | | | 200.00 | 11,408.02 |
| 5/31 | Interest Payment | | 0.08 | | 11,408.10 |
| | Ending balance on 5/31 | | | | 11,408.10 |
| **Totals** | | | **$2,475.08** | **$200.00** | |

185153



# Wells Fargo® Preferred Checking

## Activity summary

| | |
|---|---|
| Balance on 5/1 | 975.83 |
| Deposits/Additions | 0.01 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 5/31** | **$975.84** |

Account number: 8097

**SAMUEL JAMES ESWORTHY**
**WEIDNER CASH COLL**
**DEBTOR IN POSSESSION**
**CH.11 CASE#16-11985 (CCA)**

*Wells Fargo Bank, N.A. (Member FDIC)*

*CALIFORNIA account terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $975.83 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.05 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| **Beginning balance on 5/1** | | | | | 975.83 |
| 5/31 | Interest Payment | | 0.01 | | 975.84 |
| **Ending balance on 5/31** | | | | | 975.84 |
| **Totals** | | | **$0.01** | **$0.00** | |



# Wells Fargo® Preferred Checking

## Activity summary

| | |
|---|---|
| Balance on 5/1 | 350.49 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 5/31** | **$350.49** |

Account number: **8105**

**SAMUEL JAMES ESWORTHY**
**DELANO CASH COLL**
**DEBTOR IN POSSESSION**
**CH.11 CASE#16-11985 (CCA)**

*Wells Fargo Bank, N.A. (Member FDIC)*

*CALIFORNIAaccount terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest paid on 5/31 | $0.00 |
| Average collected balance this month | $350.49 |
| Annual percentage yield earned | 0.00% |
| Interest paid this year | $0.00 |



# Home Mortgage

## Property address

18343 Renault St
LA Puente, CA 91744

Account number: **3868**

**SAMUEL J ESWORTHY**

*Wells Fargo Home Mortgage*

## Loan summary

| | |
|---|---|
| Original date of mortgage | 12/17/07 |
| Interest rate | 4.890% |
| Unpaid principal balance* as of 5/31 | $295,575.49 |
| Current monthly payment | $1,709.01 |
| Escrow balance | $0.00 |
| Interest paid year-to-date | $0.00 |
| Taxes paid year-to-date | $0.00 |

*Contact Customer Service for your payoff balance.*

■ This is a summary statement of your Home Mortgage account. You will continue to receive a complete periodic statement.

185156



# Home Mortgage

## Property address

13038 Weidner St
Pacoima, CA 91331

Account number: **7075**

**SAMUEL J ESWORTHY**

*Wells Fargo Home Mortgage*

## Loan summary

| | |
|---|---|
| Original date of mortgage | 12/17/07 |
| Interest rate | 4.890% |
| Unpaid principal balance* as of 5/31 | $335,442.24 |
| Current monthly payment | $1,799.13 |
| Escrow balance | $0.00 |
| Interest paid year-to-date | $0.00 |
| Taxes paid year-to-date | $0.00 |

*Contact Customer Service for your payoff balance.*

■ This is a summary statement of your Home Mortgage account. You will continue to receive a complete periodic statement.

185157



**WELLS FARGO**

# Home Mortgage

## Property address

16920 Maclaren St
LA Puente, CA 91744

Account number: **8891**

**SAMUEL J ESWORTHY**

*Wells Fargo Home Mortgage*

## Loan summary

| | |
|---|---|
| Original date of mortgage | 12/14/07 |
| Interest rate | 4.890% |
| Unpaid principal balance* as of 5/31 | $280,200.45 |
| Current monthly payment | $1,507.44 |
| Escrow balance | $0.00 |
| Interest paid year-to-date | $0.00 |
| Taxes paid year-to-date | $0.00 |

*Contact Customer Service for your payoff balance.*

■ This is a summary statement of your Home Mortgage account. You will continue to receive a complete periodic statement.

185158


WELLS FARGO

## Worksheet to balance your checking account

**1.** Go through your check register and mark each check (this includes cancelled, converted and substitute checks that may appear on your statement), withdrawal, ATM transaction, payment, deposit or other credit listed in the "Transaction history" section of your statement. Be sure your register shows any interest or dividends paid into your account and any service charges, automatic payments or transfers withdrawn from your account during this statement period.

**2.** Using the chart below, list any outstanding, converted or substitute checks, as well as any ATM withdrawals, payments or any other withdrawals (including any from previous months) which are listed in your register but are not shown on your statement.

**3.** Balance your account by filling in the spaces below.

**– ENTER**

**A** The "ending balance"
shown on your statement                    $ _____

**– ADD**                                   $ _____

**B** Any deposits listed in                $ _____
your register or transfers into             $ _____
your account which are not                  $ _____
shown on your statement                     $ _____

                                            $ _____ ► $ _____

**– CALCULATE SUBTOTAL**
(Add parts **A** and **B** )                $ _____

**– SUBTRACT**

**C** Total of outstanding
checks and withdrawals from
the chart at right                          – $ _____ ◄

**– CALCULATE**
**ENDING BALANCE**
(Part **A** + Part **B** - Part **C** )
This amount should be the
same as the current balance
shown in your check register.               $ _____

| Items outstanding | |
|---|---|
| **Check number** | **Amount** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **Checking account information.** After balancing your checking account, **please report any differences to us as soon as possible but no later than within 30 days.** Special provisions, including a reporting period of up to 60 days, apply if the difference involves an electronic funds transfer. These provisions are explained below.

■ In case of errors or questions about your electronic transfers, telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

**1.** Tell us your name and account number (if any).

**2.** Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

**3.** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.

@2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

185159