UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 24 |
| Debtor(s). | For the Month Ending: | 6/30/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. GENERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     197,166.46

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     196,298.12

3. BEGINNING BALANCE:     868.34

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Income | 6,816.89 |
| Social Security Income | 2,247.00 |
| Transfer from Millbury CC DIP (xxxxxx8089) | 500.00 |
| Interest | 0.01 |

TOTAL RECEIPTS THIS PERIOD:     9,563.90

5. BALANCE:     10,432.24

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 3,564.89 |

TOTAL DISBURSEMENTS THIS PERIOD:***     3,564.89

7. ENDING BALANCE:     6,867.35

8. General DIP Account Number:     xxxxxx8188

| Depository Name & Location: | Wells Fargo Bank, N.A. |
|---|---|
| | P.O. Box 6995 |
| | Portland, OR  97228-6995 |

\*   All receipts must be deposited into the general account.

\*\*   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 6/4/2018 | 158 | DMV | Auto Registration | | 598.00 | 598.00 |
| 6/4/2018 | 159 | Wells Fargo | Banking Services | | 135.00 | 135.00 |
| 6/28/2018 | 160 | Debbie Tyrell | Bookkeeping | | 555.00 | 555.00 |
| | | | | | | |
| 6/4/2018 | EFT | Amazon Digital | Entertainment | | 9.99 | 9.99 |
| 6/4/2018 | EFT | American Modern | Insurance Expense | | 50.83 | 50.83 |
| 6/4/2018 | EFT | American Modern | Insurance Expense | | 60.67 | 60.67 |
| 6/4/2018 | EFT | American Modern | Insurance Expense | | 75.11 | 75.11 |
| 6/4/2018 | EFT | American Modern | Insurance Expense | | 77.83 | 77.83 |
| 6/4/2018 | EFT | LA Convention Cntr | Parking Fee | | 20.00 | 20.00 |
| 6/5/2018 | EFT | LA Convention Cntr | Parking Fee | | 20.00 | 20.00 |
| 6/6/2018 | EFT | LA Convention Cntr | Parking Fee | | 20.00 | 20.00 |
| 6/7/2018 | EFT | Wells Fargo | Overdraft Fee | | 35.00 | 35.00 |
| 6/11/2018 | EFT | CVS Pharmacy | Prescriptions | | 14.77 | 14.77 |
| 6/18/2018 | EFT | American Modern | Insurance Expense | | 144.50 | 144.50 |
| 6/18/2018 | EFT | Food 4 Less | Groceries | | 40.55 | 40.55 |
| 6/20/2018 | EFT | Vonage | Utilities: Phone | | 73.18 | 73.18 |
| 6/22/2018 | EFT | Netflix | Entertainment | | 10.99 | 10.99 |
| 6/22/2018 | EFT | Amazon Video | Entertainment | | 7.99 | 7.99 |
| 6/22/2018 | EFT | Amazon Video | Entertainment | | 9.99 | 9.99 |
| 6/22/2018 | EFT | CVS Pharmacy | Prescriptions | | 22.79 | 22.79 |
| 6/22/2018 | EFT | American Mail | Postage | | 15.00 | 15.00 |
| 6/25/2018 | EFT | CVS Pharmacy | Prescriptions | | 30.75 | 30.75 |
| 6/25/2018 | EFT | CVS Pharmacy | Prescriptions | | 31.70 | 31.70 |
| 6/28/2018 | EFT | Jalidat Inc | Gas | | 57.65 | 57.65 |
| 6/29/2018 | EFT | Maria Dizon DDS | Dental Expense | | 1,265.00 | 1,265.00 |
| 6/29/2018 | EFT | So CA Gas | Utilities: Gas | | 182.60 | 182.60 |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 3,564.89 | $3,564.89 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## GENERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____6/30/2018_____ Balance on Statement: _____$6,867.35_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT

| 0.00 |
|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:

| 0.00 |
|---|

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:

| $6,867.35 |
|---|

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 24 |
| Debtor(s). | For the Month Ending: | 6/30/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. BEN CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 36,501.17

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 27,372.21

3. BEGINNING BALANCE: — 9,128.96

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Rent | 3,350.00 |
| Transfer In From General DIP (xxxxxx8188) | 0.00 |
| Interest | 0.07 |

TOTAL RECEIPTS THIS PERIOD: — 3,350.07

5. BALANCE: — 12,479.03

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 0.00 |

TOTAL DISBURSEMENTS THIS PERIOD:*** — 0.00

7. ** ENDING BALANCE: — 12,479.03

8. Ben Cash Collateral DIP Account Number: xxxxxx8071

Depository Name & Location:
Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM BEN CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# BEN CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____6/30/2018_____   Balance on Statement: _____$12,479.03_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT

| | 0.00 |
|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:

| | 0.00 |
|---|---|

Bank statement Adjustments: _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:

| | $12,479.03 |
|---|---|

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 24 |
| Debtor(s). | For the Month Ending: | 6/30/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. DELANO CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS

39,560.13

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS

39,209.64

3. BEGINNING BALANCE:

350.49

4. RECEIPTS DURING CURRENT PERIOD:

| Rent | 2,200.00 |
|---|---|
| Transfer In From General DIP (xxxxxx8188) | 0.00 |
| Interest | 0.01 |

TOTAL RECEIPTS THIS PERIOD:

2,200.01

5. BALANCE:

2,550.50

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| Transfers to Other DIP Accounts (from page 2) | 0.00 |
|---|---|
| Disbursements (from page 2) | 0.00 |

TOTAL DISBURSEMENTS THIS PERIOD:***

0.00

7. **ENDING BALANCE:

2,550.50

8. Delano Cash Collateral DIP Account Number: xxxxxx8105

| | Wells Fargo Bank, N.A. |
|---|---|
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM DELANO CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## DELANO CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 6/30/2018 | Balance on Statement: | $2,550.50 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL DEPOSITS IN TRANSIT** | | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL OUTSTANDING CHECKS:** | | | 0.00

Bank statement Adjustments:
Explanation of Adjustments-

**ADJUSTED BANK BALANCE:** | | | $2,550.50

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 24 |
| Debtor(s). | For the Month Ending: | 6/30/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. INYO CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS

18,052.27

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS

17,319.18

3. BEGINNING BALANCE: 733.09

4. RECEIPTS DURING CURRENT PERIOD:
Rent 0.00
Transfers In From General DIP (xxxxxx8188) 0.00
Interest 0.01

TOTAL RECEIPTS THIS PERIOD: 0.01

5. BALANCE: 733.10

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2) 0.00
Disbursements (from page 2) 0.00

TOTAL DISBURSEMENTS THIS PERIOD:*** 0.00

7. ** ENDING BALANCE: 733.10

8. Inyo Cash Collateral DIP Account Number: xxxxxx8055

Depository Name & Location:
Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM INYO CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# INYO CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 6/30/2018 | Balance on Statement: | $733.10 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL OUTSTANDING CHECKS: | | | 0.00 |
|---|---|---|---|

Bank statement Adjustments:

Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | | | $733.10 |
|---|---|---|---|

\* It is acceptable to replace this form with a similar form

\** Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 24 |
| Debtor(s). | For the Month Ending: | 6/30/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. MACLAREN CASH COLLATERAL DIP ACCOUNT

| | |
|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 15,902.02 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 15,505.96 |
| 3. BEGINNING BALANCE: | 396.06 |

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| General Sales | 0.00 |
| Transfer In From General DIP (xxxxxx8188) | 0.00 |
| Interest | 0.00 |

| | |
|---|---|
| TOTAL RECEIPTS THIS PERIOD: | 0.00 |
| 5. BALANCE: | 396.06 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 0.00 |

| | |
|---|---|
| TOTAL DISBURSEMENTS THIS PERIOD:*** | 0.00 |
| 7. ** ENDING BALANCE: | 396.06 |

| | |
|---|---|
| 8. Maclaren Cash Collateral DIP Account Number: | xxxxxx8063 |
| | Wells Fargo Bank, N.A. |
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM MACLAREN CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## MACLAREN CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| | Bank statement Date: | 6/30/2018 | Balance on Statement: | $396.06 |
|---|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL OUTSTANDING CHECKS: | | | 0.00 |
|---|---|---|---|

Bank statement Adjustments:
Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | $396.06 |
|---|---|

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 24 |
| Debtor(s). | For the Month Ending: | 6/30/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. MILLBURY CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          31,001.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          19,592.90
ACCOUNT REPORTS

3. BEGINNING BALANCE:          11,408.10

4. RECEIPTS DURING CURRENT PERIOD:
Rent          1,650.00
Interest          0.09

   TOTAL RECEIPTS THIS PERIOD:          1,650.09

5. BALANCE:          13,058.19

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)          500.00
Disbursements (from page 2)          0.00

   TOTAL DISBURSEMENTS THIS PERIOD:***          500.00

7. ** ENDING BALANCE:          12,558.19

8. Millbury Cash Collateral DIP Account Number:          xxxxxx8089

   Depository Name & Location:
   Wells Fargo Bank, N.A.
   P.O. Box 6995
   Portland, OR  97228-6995

# TOTAL DISBURSEMENTS FROM MILLBURY CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 6/8/2018 | EFT | xxxxxx8188 | Transfer from General DIP | 500.00 | | 500.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 500.00 | 0.00 | $500.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## MILLBURY CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _6/30/2018_     Balance on Statement: _$12,558.19_

Plus deposits in transit (a):

| Deposit Date | Deposit Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL DEPOSITS IN TRANSIT       0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:       0.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:       $12,558.19

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 24 |
| Debtor(s). | For the Month Ending: | 6/30/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. RENAULT CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 38,682.68

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 29,283.72

3. BEGINNING BALANCE: — 9,398.96

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Rent | 1,725.00 |
| Transfer In From General DIP (xxxxxx8188) | 0.00 |
| Interest | 0.08 |

TOTAL RECEIPTS THIS PERIOD: — 1,725.08

5. BALANCE: — 11,124.04

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 0.00 |

TOTAL DISBURSEMENTS THIS PERIOD:*** — 0.00

7. ** ENDING BALANCE: — 11,124.04

8. Renault Cash Collateral DIP Account Number: xxxxxx8048

| | |
|---|---|
| | Wells Fargo Bank, N.A. |
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM RENAULT CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# RENAULT CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| | Bank statement Date: | 6/30/2018 | Balance on Statement: | $11,124.04 |
|---|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |

TOTAL DEPOSITS IN TRANSIT

| | 0.00 |
|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |

TOTAL OUTSTANDING CHECKS:

| | 0.00 |
|---|---|

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:

| | $11,124.04 |
|---|---|

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 24 |
| Debtor(s). | For the Month Ending: | 6/30/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. WEIDNER CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          22,858.15

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          21,882.31
ACCOUNT REPORTS

3. BEGINNING BALANCE:          975.84

4. RECEIPTS DURING CURRENT PERIOD:
Rent          2,250.00
Transfer In From General DIP (xxxxxx8188)          0.00
Interest          0.01

TOTAL RECEIPTS THIS PERIOD:          2,250.01

5. BALANCE:          3,225.85

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)          0.00
Disbursements (from page 2)          0.00

TOTAL DISBURSEMENTS THIS PERIOD:***          0.00

7. ** ENDING BALANCE:          3,225.85

8. Weidner Cash Collateral DIP Account Number:          xxxxxx8097

Depository Name & Location:
Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM WEIDNER CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## WEIDNER CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 6/30/2018 | Balance on Statement: | $3,225.85 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |
|---|---|---|---|

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTAL OUTSTANDING CHECKS: | | | 0.00 |
|---|---|---|---|

Bank statement Adjustments:

Explanation of Adjustments-

| ADJUSTED BANK BALANCE: | | | $3,225.85 |
|---|---|---|---|

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment