M. Jonathan Hayes (Bar No. 90388)
Of Counsel
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
jhayes@RHMFirm.com

*Attorneys for Debtor*
Samuel James Esworthy

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>SAMUEL JAMES ESWORTHY,<br><br>    Debtor and Debtor-in-Possession. | Case No. 1:16-bk-11985-MT<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON ADEQUACY OF DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT DESCRIBING DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION**<br><br><u>*Disclosure Statement Hearing:*</u><br>Date: September 12, 2018<br>Time: 9:30 a.m.<br>Place: Courtroom 302<br>      U.S. Bankruptcy Court<br>      21041 Burbank Blvd.<br>      Woodland Hills, CA 91367 |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE; ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that a hearing has been set for September 12, 2018, at 9:30 a.m., in Courtroom 302 of the above-entitled Court located 21041 Burbank Blvd., Woodland Hills, CA 91367, to determine the adequacy of Samuel James Esworthy's (the "Debtor") Second Amended Disclosure Statement Describing First Amended Chapter 11 Plan of Reorganization (hereinafter the "Disclosure Statement").

**RESNIK HAYES MORADI LLP**

If you desire a copy of the Disclosure Statement (and accompanying Second Amended Chapter 11 Plan of Reorganization), and any amendments thereto, you may request a copy from counsel for the Debtor, M. Jonathan Hayes at (818) 933-2840, or at the address in the upper left hand corner of this document.  The request may be made by electronic mail and a copy will be provided by return electronic email.

PLEASE TAKE FURTHER NOTICE that any party opposing the relief sought by the Disclosure Statement must file a written opposition setting forth the facts and law upon which the opposition is based and must appear at the hearing on the Disclosure Statement. Any factual allegations set forth in such written response must be supported by competent and admissible evidence.

Any response or opposition to the Disclosure Statement must be filed with the Court and served on Debtor's counsel, the Office of the U.S. Trustee, *and any other required parties*, **at least fourteen (14) days prior to the scheduled hearing date on the Disclosure Statement** (not excluding Saturdays, Sundays or legal holidays).

Any response not timely filed and served may be deemed by the Court to be consent to the granting of the relief requested by the Disclosure Statement.

Dated:  July 20, 2018                                       **RESNIK HAYES MORADI LLP**

                                         **By:**      **/s/ M. Jonathan Hayes**
                                                       **M. Jonathan Hayes**
                                                       *Attorneys for Debtor*
                                                       Samuel James Esworthy

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **17609 Ventura Blvd., Suite 314, Encino, CA 91316.**

A true and correct copy of the foregoing document entitled **NOTICE OF HEARING ON DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT DESCRIBING DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/20/2018** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

- **Katherine Bunker**   kate.bunker@usdoj.gov
- **Theron S Covey**   tcovey@rasflaw.com, CAECF@tblaw.com
- **Oscar Estrada**   oestrada@ttc.lacounty.gov
- **Dane W Exnowski**   dane.exnowski@mcalla.com, bk.ca@mcalla.com
- **Todd S Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Michelle R Ghidotti**   ECFNotifications@ghidottilaw.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com, 3039.3@notices.nextchapterbk.com;roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;ma
- **John Rafferty**   john.rafferty@bonialpc.com
- **Kelly M Raftery**   bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- **Cassandra J Richey**   cmartin@pralc.com
- **Brett P Ryan**   ziggy.valerio@unifyfcu.com
- **John D Schlotter**   john.schlotter@mrpllc.com
- **Najah J Shariff**   najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **Diana Torres-Brito**   ecfcca@ecf.courtdrive.com;dtorres-brito@pralc.com
- **Edward A Treder**   cdcaecf@bdfgroup.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Jennifer C Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**II. SERVED BY U.S. MAIL:** On **7/20/2018,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed. ☐ Service information continued on attached page

Hon. Maureen A. Tighe
US Bankruptcy Court
Central District – Valley Branch
21041 Burbank Blvd., Suite 325
Woodland Hills, CA 91367

**RESNIK HAYES MORADI LLP**

|   |   |   |
|---|---|---|
| 1 | Jim Esworthy<br>8526 Kester Ave.<br>Panorama City, CA 91402 | |
| 2 | ***ALL CREDITORS:*** | |
| 3 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812 | Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 |
|   | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054 |
|   | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>Po Box 826880<br>Sacramento, CA 94280 | Los Angeles County Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110<br><br>Nationstar Mortgage LLC<br>PO BOX 619079<br>Dallas, TX 75261 |
|   | State Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | NDEx West LLC<br>15000 Surveyor Blvd., Ste 500<br>Addison, TX 75001-9013 |
|   | U. S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 | Recontrust Company<br>1800 Tapo Canyon Rd.<br>CA6-914-01-94<br>Simi Valley, CA 93063 |
|   | Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P. O. Box 683<br>Washington, DC 20044 | Select Portfolio Servicing, Inc<br>Po Box 65250<br>Salt Lake City, UT 84165<br><br>Trustee Corps<br>17100 Gillette Ave.<br>Irvine, CA 92614 |
|   | Civil Process Clerk<br>United States Attorney's Office<br>Federal Building, Room 7516<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 | Wells Fargo Bank, N.A.<br>BK Dept MAC #T7416-023<br>4101 Wiseman Blvd.<br>San Antonio, TX 78251 |
|   | Bank of New York Mellon<br>c/o Bank of America<br>PO Box 660933<br>Dallas, TX 75266-0933 | Wells Fargo Bank<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan , MN 55121-7700 |
|   | Caine & Weiner<br>Po Box 5010<br>Woodland Hills, CA 91365 | |
|   | Chase | |
|   | REMOVED CREDITORS/RETURNED MAIL: | |
|   | Nationstar Mortgage LLC<br>350 Highland Drive | |

**RESNIK HAYES MORADI LLP**

4

Lewisville, TX 75067

Bank of New York Mellon
Richard J. Bauer, Esq.
Miles, Bauer, Bergstrom & Winters
1231 E. Dyer Rd., Suite 100
Santa Ana, CA 92705

The Feldman Law Firm
10100 Santa Monica Blvd., #2490
Los Angeles, CA 90067

Dell Financial Services
P.O. Box 4125
Carol Stream, IL 60197

Regional Trustee Services Corp.
616 1st Avenue, Suite 500
Seattle, WA 98104

Regional Trustee Services Corp.
3613 N. 29th Ave.
Hollywood, FL 33020

Bayview Loan Servicing
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146

Bank of America
P.O. Box 515503
Los Angeles, CA 90051

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **7/20/2018** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **7/20/2018** | **Ja'Nita Fisher** | **/s/ Ja'Nita Fisher** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**RESNIK HAYES MORADI LLP**

2