UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 26 |
| Debtor(s). | For the Month Ending: | 8/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. GENERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS 210,940.63

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS 204,658.13

3. BEGINNING BALANCE: 6,282.50

4. RECEIPTS DURING CURRENT PERIOD:
   | Income | 0.00 |
   |---|---|
   | Social Security Income | 2,247.00 |
   | Interest | 0.29 |

   TOTAL RECEIPTS THIS PERIOD: 2,247.29

5. BALANCE: 8,529.79

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   | Transfers to Other DIP Accounts (from page 2) | 0.00 |
   |---|---|
   | Disbursements (from page 2) | 3,649.40 |

   TOTAL DISBURSEMENTS THIS PERIOD:*** 3,649.40

7. ENDING BALANCE: 4,880.39

8. General DIP Account Number: xxxxxx8188

   Depository Name & Location:
   Wells Fargo Bank, N.A.
   P.O. Box 6995
   Portland, OR 97228-6995

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM GENERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 8/2/2018 | 167 | Debbie Tyrell | Bookkeeping | | 270.00 | 270.00 |
| | | | | | | |
| 8/1/2018 | EFT | Skype.com | Subscription | | 39.87 | 39.87 |
| 8/1/2018 | EFT | American Modern | Insurance Expense | | 67.87 | 67.87 |
| 8/1/2018 | EFT | So CA Gas | Utilities:  Gas | | 69.23 | 69.23 |
| 8/2/2018 | EFT | Skype.com | Subscription | | 25.00 | 25.00 |
| 8/3/2018 | EFT | American Modern | Insurance Expense | | 50.63 | 50.83 |
| 8/3/2018 | EFT | American Modern | Insurance Expense | | 60.67 | 60.67 |
| 8/3/2018 | EFT | American Modern | Insurance Expense | | 75.11 | 75.11 |
| 8/3/2018 | EFT | American Modern | Insurance Expense | | 77.83 | 77.83 |
| 8/6/2018 | EFT | Skype.com | Subscription | | 5.00 | 5.00 |
| 8/6/2018 | EFT | 99 Cents Only | Groceries | | 29.77 | 29.77 |
| 8/6/2018 | EFT | 99 Cents Only | Groceries | | 6.79 | 6.79 |
| 8/9/2018 | EFT | La Puente Valley | Utilities:  Water | | 43.19 | 43.19 |
| 8/9/2018 | EFT | Amazon Digital | Entertainment | | 9.99 | 9.99 |
| 8/13/2018 | EFT | Uber | Transportation Expense | | 17.56 | 17.56 |
| 8/13/2018 | EFT | Amazon Video | Entertainment | | 12.99 | 12.99 |
| 8/13/2018 | EFT | Amazon Digital | Entertainment | | 9.99 | 9.99 |
| 8/14/2018 | EFT | Amazon Video | Entertainment | | 14.99 | 14.99 |
| 8/14/2018 | EFT | Amazon Video | Entertainment | | 4.99 | 4.99 |
| 8/17/2018 | EFT | Skype.com | Subscription | | 25.00 | 25.00 |
| 8/17/2018 | EFT | American Modern | Insurance Expense | | 144.50 | 144.50 |
| 8/20/2018 | EFT | Vonage | Utilities:  Phone & Internet | | 72.99 | 72.99 |
| 8/22/2018 | EFT | Skype.com | Subscription | | 25.00 | 25.00 |
| 8/22/2018 | EFT | Netflix | Entertainment | | 10.99 | 10.99 |
| 8/24/2018 | EFT | Amazon.com | Household Supplies | | 109.40 | 109.40 |
| 8/31/2018 | Cash | James Esworthy | Minor Child Medical Emergency | | 2,300.00 | 2,300.00 |
| 8/31/2018 | EFT | So CA Gas | Utilities:  Gas | | 70.05 | 70.05 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | 0.00 | 3,649.40 | $3,649.60 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## GENERAL DIP ACCOUNT
## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 7/31/2018 | Balance on Statement: | $4,880.39 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL DEPOSITS IN TRANSIT | | | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL OUTSTANDING CHECKS: | | | 0.00 |

Bank statement Adjustments:

Explanation of Adjustments-

| | |
|---|---|
| ADJUSTED BANK BALANCE: | $4,880.39 |

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 26 |
| Debtor(s). | For the Month Ending: | 8/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. BEN CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                41,526.35

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                     27,372.21
ACCOUNT REPORTS

3. BEGINNING BALANCE:                                                  14,154.14

4. RECEIPTS DURING CURRENT PERIOD:
Rent                                                        1,675.00
Transfer In From General DIP (xxxxxx8188)                       0.00
Interest                                                        0.12

   TOTAL RECEIPTS THIS PERIOD:                                         1,675.12

5. BALANCE:                                                            15,829.26

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)                  0.00
Disbursements (from page 2)                                    0.00

   TOTAL DISBURSEMENTS THIS PERIOD:***                                     0.00

7. ** ENDING BALANCE:                                                  15,829.26

8. Ben Cash Collateral DIP Account Number:        xxxxxx8071
                                                  Wells Fargo Bank, N.A.
   Depository Name & Location:                    P.O. Box 6995
                                                  Portland, OR 97228-6995

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM BEN CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# BEN CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| Bank statement Date: | 8/31/2018 | Balance on Statement: | $15,829.26 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT | | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |

TOTAL OUTSTANDING CHECKS: | | | 0.00

Bank statement Adjustments: | _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $15,829.26

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|--------|------------------------|--|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 26 |
| Debtor(s). | For the Month Ending: | 8/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. DELANO CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS ........... 43,960.14

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS ........... 39,209.62

3. BEGINNING BALANCE: ........... 4,750.52

4. RECEIPTS DURING CURRENT PERIOD:
   Rent ........... 2,200.00
   Transfer In From General DIP (xxxxxx8188) ........... 0.00
   Interest ........... 0.04

   TOTAL RECEIPTS THIS PERIOD: ........... 2,200.04

5. BALANCE: ........... 6,950.56

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2) ........... 0.00
   Disbursements (from page 2) ........... 0.00

   TOTAL DISBURSEMENTS THIS PERIOD:*** ........... 0.00

7. **ENDING BALANCE: ........... 6,950.56

8. Delano Cash Collateral DIP Account Number: xxxxxx8105

   Depository Name & Location:
   Wells Fargo Bank, N.A.
   P.O. Box 6995
   Portland, OR 97228-6995

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM DELANO CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## DELANO CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 8/31/2018 | Balance on Statement: | $6,950.56 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

| | |
|---|---|
| TOTAL DEPOSITS IN TRANSIT | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| TOTAL OUTSTANDING CHECKS: | 0.00 |

Bank statement Adjustments:
Explanation of Adjustments-

| | |
|---|---|
| ADJUSTED BANK BALANCE: | $6,950.56 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 26 |
| Debtor(s). | For the Month Ending: | 8/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. INYO CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     18,052.28

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     17,319.18

3. BEGINNING BALANCE:     733.10

4. RECEIPTS DURING CURRENT PERIOD:
| | |
|---|---|
| Rent | 0.00 |
| Transfers In From General DIP (xxxxxx8188) | 0.00 |
| Interest | 0.01 |

    TOTAL RECEIPTS THIS PERIOD:     0.01

5. BALANCE:     733.11

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 0.00 |

    TOTAL DISBURSEMENTS THIS PERIOD:***     0.00

7. ** ENDING BALANCE:     733.11

8. Inyo Cash Collateral DIP Account Number:     xxxxxx8055

Depository Name & Location:
    Wells Fargo Bank, N.A.
    P.O. Box 6995
    Portland, OR 97228-6995

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM INYO CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# INYO CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 8/31/2018 | Balance on Statement: | $733.11 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL DEPOSITS IN TRANSIT**  0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:**  0.00

Bank statement Adjustments:
Explanation of Adjustments-

**ADJUSTED BANK BALANCE:**  $733.11

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

## UNITED STATES DEPARTMENT OF JUSTICE
## OFFICE OF THE UNITED STATES TRUSTEE
## CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 26 |
| Debtor(s). | For the Month Ending: | 8/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. MACLAREN CASH COLLATERAL DIP ACCOUNT

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 15,902.02 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 15,505.96 |
| 3. BEGINNING BALANCE: | | 396.06 |

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| General Sales | 0.00 |
| Transfer In From General DIP (xxxxxx8188) | 0.00 |
| Interest | 0.00 |

| | |
|---|---|
| TOTAL RECEIPTS THIS PERIOD: | 0.00 |
| 5. BALANCE: | 396.06 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 0.00 |

| | |
|---|---|
| TOTAL DISBURSEMENTS THIS PERIOD:*** | 0.00 |
| 7. ** ENDING BALANCE: | 396.06 |

| | |
|---|---|
| 8. Maclaren Cash Collateral DIP Account Number: | xxxxxx8063 |
| | Wells Fargo Bank, N.A. |
| Depository Name & Location: | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM MACLAREN CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## MACLAREN CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 8/31/2018 | Balance on Statement: | $396.06 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**TOTAL DEPOSITS IN TRANSIT** | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**TOTAL OUTSTANDING CHECKS:** | 0.00

Bank statement Adjustments: _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $396.06

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 26 |
| Debtor(s). | For the Month Ending: | 8/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. MILLBURY CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          34,301.20

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          20,092.90

3. BEGINNING BALANCE:          14,208.30

4. RECEIPTS DURING CURRENT PERIOD:
   Rent          1,650.00
   Interest          0.12

   TOTAL RECEIPTS THIS PERIOD:          1,650.12

5. BALANCE:          15,858.42

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)          0.00
   Disbursements (from page 2)          0.00

   TOTAL DISBURSEMENTS THIS PERIOD:***          0.00

7. ** ENDING BALANCE:          15,858.42

8. Millbury Cash Collateral DIP Account Number:    xxxxxx8089

   Depository Name & Location:
   Wells Fargo Bank, N.A.
   P.O. Box 6995
   Portland, OR 97228-6995

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

# TOTAL DISBURSEMENTS FROM MILLBURY CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

# MILLBURY CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _8/31/2018_ Balance on Statement: _$14,373.42_

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: | 0.00

Bank statement Adjustments: _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $14,373.42

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

## UNITED STATES DEPARTMENT OF JUSTICE
## OFFICE OF THE UNITED STATES TRUSTEE
## CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 26 |
| Debtor(s). | For the Month Ending: | 8/31/2018 |

### I. CASH RECEIPTS AND DISBURSEMENTS
### A. RENAULT CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 42,132.85

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 29,283.72

3. BEGINNING BALANCE: 12,849.13

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Rent | 1,775.00 | |
| Transfer In From General DIP (xxxxxx8188) | 0.00 | |
| Interest | 0.12 | |

TOTAL RECEIPTS THIS PERIOD: 1,775.12

5. BALANCE: 14,624.25

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 | |
| Disbursements (from page 2) | 0.00 | |

TOTAL DISBURSEMENTS THIS PERIOD:*** 0.00

7. ** ENDING BALANCE: 14,624.25

8. Renault Cash Collateral DIP Account Number: xxxxxx8048

| Depository Name & Location: | Wells Fargo Bank, N.A. |
|---|---|
| | P.O. Box 6995 |
| | Portland, OR 97228-6995 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM RENAULT CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## RENAULT CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: <u>8/31/2018</u>   Balance on Statement: <u>$14,624.25</u>

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT | | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: | 0.00

Bank statement Adjustments: _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $14,624.25

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| Samuel James Esworthy | Case Number: | 1:16-bk-11985-MT |
| | Operating Report Number: | 26 |
| Debtor(s). | For the Month Ending: | 8/31/2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. WEIDNER CASH COLLATERAL DIP ACCOUNT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS $\qquad$ 27,358.19

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS $\qquad$ 22,072.33

3. BEGINNING BALANCE: 5,285.86

4. RECEIPTS DURING CURRENT PERIOD:
   Rent $\qquad$ 2,250.00
   Transfer In From General DIP (xxxxxx8188) $\qquad$ 0.00
   Interest $\qquad$ 0.04

   TOTAL RECEIPTS THIS PERIOD: 2,250.04

5. BALANCE: 7,535.90

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2) 0.00
   Disbursements (from page 2) 0.00

   TOTAL DISBURSEMENTS THIS PERIOD:*** 0.00

7. ** ENDING BALANCE: 7,535.90

8. Weidner Cash Collateral DIP Account Number: xxxxxx8097

   | | Wells Fargo Bank, N.A. |
   |---|---|
   | Depository Name & Location: | P.O. Box 6995 |
   | | Portland, OR  97228-6995 |

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

## TOTAL DISBURSEMENTS FROM WEIDNER CASH COLLATERAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | No Disbursements This Period | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## WEIDNER CASH COLLATERAL DIP ACCOUNT
## BANK RECONCILIATION

Bank statement Date: ___8/31/2018___  Balance on Statement: ___$7,535.90___

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: | | 0.00

Bank statement Adjustments: _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $7,535.90

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment